# EXHIBIT A



### IEDA MARIA MONTEIRO
Tradutora Pública e Intérprete Comercial
- Inglês –

Matr. na Jucesp sob nº 1021
C.P.F. nº 077.542.738-10
R.G nº 11.604.191

CCM nº   2.968.720-9
INSS nº 11393830140

Nº da tradução/versão: 25.03.168.25      Livro nº CLXVIII          fls. 113

I, the undersigned, in my capacity as sworn translator in São Paulo, State of São Paulo, Brazil, have duly translated into English the following document written in Portuguese "*PETIÇÃO INICIAL DE RECUPERAÇÃO JUDICIAL*", which bears my seal and signature.

[*Document presented in sheets numbered from 1 to 22*]

[*Document bears the following information on the side: This document is a copy of the original, digitally signed by JORGE NICOLA JUNIOR, registered on 12/9/2015 at 9:10 p.m., under number 10017030920158260394. To verify the original document, access https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, insert the proceeding number 1001703-09.2015.8.26.0394 and the code Rmg0Bf5o.*]

[*Document presented in letterhead paper of Keppler Advogados Associados*]

**HONORABLE JUDGE OF THE ___ st/nd/rd/th CIVIL COURT OF THE JUDICIAL DISTRICT OF NOVA ODESSA - STATE OF SÃO PAULO**

**GUERREIRO INDÚSTRIA, COMÉRCIO, IMPORTAÇÃO E EXPORTAÇÃO LTDA.,** enrolled with CNPJ/MF under No. 46.529.590/0003-07, with address at Rua Abraão Delega, nº 300, Jardim Fadel, CEP 13460-000, Municipality of Nova Odessa, State of São Paulo, with its articles of association filed with the Board of Trade of the State of São Paulo under NIRE No. 35200938656, through its undersigned attorneys (powers of attorney and instruments of delegation - **Doc. 01**), with office at Rua Bento de Andrade, nº 421, Jardim Paulista, Municipality of São Paulo, State of São Paulo, CEP 04503-011, phone number (11) 3888-9819, where notices shall be served by this Court, respectfully comes before Your Honor, based on article 47 et. seq. of Law No. 11,101, dated February 9, 2005 (Bankruptcy and Reorganization Law), **to file for its** <u>COURT-SUPERVISED REORGANIZATION</u>, based on the reasons in fact and in law explained below:

**PREAMBLE**

**JURISDICTION OF THE JUDICIAL DISTRICT OF NOVA ODESSA TO GRANT THIS COURT SUPERVISED REORGANIZATION**
**PRINCIPAL PLACE OF BUSINESS OF THE PETITIONER**

This dispute must be submitted to this Honorable Civil Court of the Judicial District of Nova Odessa - SP, under article 3 of Law 11,101/15:

"*Article 3. **The court of the principal place of business of the debtor** or branch of a company headquartered outside Brazil has jurisdiction to approve the extrajudicial reorganization plan, **grant the court-supervised reorganization or adjudicate the bankruptcy**.*" (*emphasis added*)

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



### IEDA MARIA MONTEIRO
Tradutora Pública e Intérprete Comercial
- Inglês –

Matr. na Jucesp sob nº 1021
C.P.F. nº 077.542.738-10
R.G nº 11.604.191

CCM nº    2.968.720-9
INSS nº 11393830140

Nº da tradução/versão: 25.03.168.25        Livro nº CLXVIII                    fls. 114

It is observed that the Petitioner's principal place of business is **located in the Municipality of Nova Odessa/SP** (as per the identification and address indicated in page 1 hereof), the place of its main industrial base.

In this regard, the Petitioner, although having its head office in São Paulo, its principal place of business is in its branch in Nova Odessa, that is, it is in that Municipality where its main activities and industrial operations and management are based, and where most of its employees are allocated (namely, 171 employees of a total of 190 the company has in its staff - see **Doc.08** attached).

It is highlighted that in bankruptcy and in court-supervised reorganization, the concerned interests are not simply private; their rules are directed to the public interest.

Thus, the jurisdiction explained in article 3 of the Law is absolute. In that regard, the Federal Supreme Court has already settled its understanding as having jurisdiction on matters of nonconstitutional law, as well as the Superior Court of Justice, with reference to article 7 of Decree-Law No. 7,661/1945, the inspiration to article 3 of Law 11,101/2005, which observes it in its main concept:

STF: "*Bankruptcy. Absolute jurisdiction. Principal place of business. The bankruptcy court may be determined, under the specific law, in the venue of the bankrupt's principal place of business, thus, the court of the subsidiary establishment has no absolute jurisdiction to adjudicate bankruptcy.*" (Special Appeal No. 98.928-RJ, 1st Panel, unanimous decision, Justice Rapporteur Rafael Mayer, published in the DJU, Section I, on 8/12/1983, p. 11,766).

STJ: "*The jurisdiction of the bankruptcy court is absolute.*" (CC No. 37.736, 2nd Section, Justice Rapporteur Nancy Andrighi, published in DJ, Section I, on 8/16/2004, p. 130).

Therefore, it is implied that the company's principal place of business is located in the **Municipality of Nova Odessa/SP**, and this Civil Court of the judicial District of Nova Odessa/SP has jurisdiction, under article 3 of Law 11,101/05. Thus, this Court-Supervised Reorganization Petition is requested to be heard and granted by Your Honor.

I.      **BACKGROUND OF THE PETITIONER AND THE ECONOMIC AND FINANCIAL CRISIS FACED**

The Petitioner's background is detailed below, as well as the economic-financial crisis faced by it, which led to the need to file for this Court-Supervised Reorganization:

**GUERREIRO INDÚSTRIA, COMÉRCIO, IMPORTAÇÃO E EXPORTAÇÃO LTDA.** started its activities on May 2, 1975.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



### IEDA MARIA MONTEIRO
Tradutora Pública e Intérprete Comercial
- Inglês –

Matr. na Jucesp sob nº 1021
C.P.F. nº 077.542.738-10
R.G nº 11.604.191

CCM nº  2.968.720-9
INSS nº 11393830140

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII                    fls. 115

Its members are the companies São Jorge Investimentos Societários S.S. Ltda. and Damasco Participações Societárias S.S. Ltda., and its manager is Mr. Gergos El Dib, as shown in the amended and restated articles of association (**Doc. 09**).

Attached is the Certificate from the Board of Trade of the State of São Paulo (**Doc. 09**) showing the company's good standing, which as seen has its head office in São Paulo/SP and branches in Nova Odessa/SP - principal place of business (Plant 1) and in Três Lagoas/MS (Plant II).

The company works in the sector of manufacturing, trade, import and export of textile articles, bedclothes and linens, clothing, accessories, household appliances, gifts, cosmetics, administrative services, and showroom.

It offers diversified and quality products, and serves a range of cutting-edge clients and companies, being highly relevant to the market and standing out as a reference in its field of activity (Company's Product Catalog attached - **Doc. 05**).

It is worth mentioning some of the main department-store clients that are part of the Petitioner's portfolio: Shop Time; Grazziotin; Casa & Vídeo; Lojas Avenida, CBD - Pão de Açúcar; Carrefour; Walmart; União de Lojas Leader; Pernambucanas; Lojas Riachuelo; Havan; J.Ary Tecidos; Aniz Razuk; Grupo Dinamica; Cia. Textil Niazi Chohfi; Ponte Irmão; Hemes; Jurandir Pires Galdino; Assad Abdalla; Daju Com. Tecidos; Armarinhos Gimenez; Decopa Ltda; Ferju Ind. e Com.; Lojas Rebuen; Lojas Romarri; Lojas Blumenau Têxtil; Airton Borelli; Claudino S/A; B2W Cia. Global Varejo, among other large chains that work with the development of their own brands.

The industrial plant (the main one) of Nova Odessa/SP and the plant in Três Lagoas/MS have a BV ("Bureau Veritas") Qualification Certificate regarding the Certification Program of Suppliers for Retail - Abvtex (**Doc. 05**).

The company also has a Quality Certification issued by Toyota as a model weaving plant, showing that it operates within the highest world standards in technology, know-how, quality and responsibility (**Doc. 05**).

Within its social and environmental responsibility policy, the company has been working over the last years with emphasis on that, practicing several actions in order to guarantee the sustainability with profitability, competitiveness and respect to the environment and to social responsibility, namely (**Doc. 05**):

- Support to the training of employees/ specialized labor;
- Hiring of young apprentices;
- Participation in the Environmental Awareness Program with a Certificate granted at that time by Instituto Ambiental Brasil and the Municipal Government of Nova Odessa, represented by the Coordination Office of the Environment;

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



## IEDA MARIA MONTEIRO
### Tradutora Pública e Intérprete Comercial
### - Inglês –

Matr. na Jucesp sob nº 1021                                              CCM nº   2.968.720-9
C.P.F. nº 077.542.738-10                                                   INSS nº 11393830140
R.G nº 11.604.191

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII                      fls. 116

- Donation of equipment made to Projeto Escola de Beleza of Fundo Social de Solidariedade of Nova Odessa, approved by the City Council;

In this regard, due to the work developed by the Petitioner, last August the company's manager received an award from the State Legislature as "Novaodessense Citizen" for the services provided to the city (**Doc. 05**).

It should be noted that **the Petitioner currently employs one <u>hundred and ninety (190) direct employees, from whom 171 are based in Nova Odessa/SP, 14 in São Paulo/SP and 5 in Três Lagoas/MS (Doc. 08)</u>**, in addition to around other 150 indirect employees who work for companies that provide services to the Petitioner in twelve (12) garment plants, in addition to service providers of the IT and security/surveillance areas, sales representatives, among others, who also earn a living as a result of the Petitioner's activities.

Therefore, the Petitioner is highly concerned about the social issue and maintenance of the jobs of its employees and collaborators, aiming at the common well-being, including the community surrounding its establishments.

With the foregoing clarifications made, the company's background can be seen below, as well as the economic-financial crisis faced by it, which led to the need to file for this Reorganization:

As seen, the company was founded in 1975, located at Av. Nova Cantareira, nº 1897, whose activity was initially the wholesale and retain of fabric per meter, and finished bedclothes and linens. Its clients were small- and medium-size clients spread out in several States.

In 1991 a real property with 1,600m² was acquired (located at Rua Maestro João Gomes de Araújo, 77) and the company started to produce its garments with third parties.

In 1994, it started to import blankets, fabrics and rugs from Turkey, Lebanon, Mexico, Egypt, and Pakistan. At that time, it also started to sell to large Department Stores, such as Pernambucanas and Carrefour.

The company started the outsourced production of printing on fabric, dyeing, threading, weaving, and garment production, as since then its suppliers were the industries. But they started to grant credit to Guerreiro's clients (store owners).

Due to that, the company had to make a decision, that is, focus on the retail market, or joint the industry directly, and not on an outsourced basis.

Therefore, in 2005, the company took over the lease of a printing plant that was outsourced by it. Said printing plant initiated a bankruptcy proceeding. The machinery was worn out and the structure was poor, the floor was muddy and the shed's walls were destructed. The property had no walls.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



## IEDA MARIA MONTEIRO
### Tradutora Pública e Intérprete Comercial
### - Inglês –

Matr. na Jucesp sob nº 1021                                          CCM nº   2.968.720-9
C.P.F. nº 077.542.738-10                                            INSS nº 11393830140
R.G nº 11.604.191

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII                    fls. 117

The reason to take over the printing plant was the Cetesb licence the plant had. But the water treatment was deactivated and, to be resumed, in the first month Guerreiro invested BRL 500,000 in it.

Guerreiro had lawsuits filed against it as joint and several debtor in a labor dispute from 100 employees of the old bankruptcy estate; however, it won all of them, not being recognized as joint and several debtor thereof.

Then, Guerreiro hired all seventy (70) employees that were part of the staff of the old printing plant, who by the way, had their salaries and charged in default. The company immediately regularized all those debts.

For these reasons, Guerreiro received an official letter from the City Council of Nova Odessa, with a copy of an Award to the officers with Congratulations for the establishment of the company in said Municipality, which generated jobs and improved the tax collection, "appreciating its employees under a friendly environment, perfect for the worker to develop their activity with pleasure and harmony" (sic) (**Doc.05**)

Guerreiro remained in that area for two (2) years, until Gergos (member at that time, and now manager of the Petitioner), bought the property at a judicial sale with his own funds in order not to use the company's funds. The industry demands working capital to produce, make term sales, and finance the inventory.

Even before the purchase at a judicial sale, the company started to invest in infrastructure and state-of-the-art machinery.

Guerreiro paid delayed rents of the former owner and the delayed lease of the bankruptcy estate (also later bought at a judicial sale, even being worn out, to not bear storage costs), in addition to settling the labor charges of the employees who, as seen, continued to work for Guerreiro.

The property had 3,000m² of constructed area (poor), and a total area of 25,000m².

Since then, in 10 years, other 20,000m² have been built, and great investments have been made in state-of-the-art machinery, cutting-edge technology, optimization of labor, evolution to a low consumption of energy and low maintenance cost. The industrial plan, in the part of structure and machinery is fully paid.

At that time, the "Bedclothes and Linens" textile sector was focused on the import due to the Chinese competition. The market was flooded with the Chinese product due to its low cost and high competitiveness.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



## IEDA MARIA MONTEIRO
### Tradutora Pública e Intérprete Comercial
### - Inglês –

Matr. na Jucesp sob nº 1021
C.P.F. nº 077.542.738-10
R.G nº 11.604.191

CCM nº   2.968.720-9
INSS nº 11393830140

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII                    fls. 118

Until 2005, Guerreiro worked with a certain financial institution, whose account was being held since 1975. The credit facility included was an escrow account, with which the company worked during the wholesale period.

When it joined the industry, another bank started to offer rural credit to finance the cotton raw material.

The company leveraged its credit with the first institution, in the same facility for the same type of financing. In addition to this modality, it started to operate with the same bank in the foreign exchange line to import polyester-fiber raw material.

Next, other banks started to offer the same rural and foreign exchange facilities to begin working with the company. The industry margin enables it to work specifically with these low-cost facilities.

Regarding the foreign exchange credit, the company joined the Chinese competition and also started to import products, which were not worth it producing due to the high costs, such as bedspreads, 100% cotton fabric, 100% polyester fabric, and pillow shams.

The company faced some difficulties: over these years in the industry, with the borrowing of rural credit, banks started to demand an increasingly greater volume of duplicate invoices as collateral, as a way to keep the facility for the company. Some banks, including in a sudden manner, transformed the rural facility (4.25% p.a. to 6.75% p.a. - 240-day term) into Working Capital (25% p.a. to 35% p.a. - 12-to-36-month term). It could be concluded that those institutions aimed only at having the company as a client, with the main facility the industry used to finance its own raw material.

So, there was a big cut in the rural credit, which impaired the company a lot, as it represented 70% to 80% of all the credit facilities over the last 10 years. Additionally, the increase of the dollar also interfered with the reduction of the other facility.

Over time, the main Department Stores became clients of the company, such as: Pão de Açúcar, Riachuelo, Carrefour, Pernambucanas, Shoptime, Magazine Luíza, WalMart, Ricardo Eletro. This kind of client does not make payments through bank-issued invoices, but through bank deposit,

Moreover, from 2014 onwards, many clients of the Petitioner had difficulties to make timely payments and requested several extensions of deadlines, and some terminated their activities and others filed for Court-Supervised Reorganization, such as the companies Esplanada, Distribuidora São Paulo, Mannes and Dadalto.

So, the level of default of Guerreiro's clients increased very much in 2014 and 2015, which directly affected the company's flow of receivables and worsened even more the situation.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



### IEDA MARIA MONTEIRO
### Tradutora Pública e Intérprete Comercial
### - Inglês –

Matr. na Jucesp sob nº 1021
C.P.F. nº 077.542.738-10
R.G nº 11.604.191

CCM nº   2.968.720-9
INSS nº 11393830140

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII          fls. 119

Notwithstanding, there were several commercial measures implemented in 2014, and the company obtained several new achievements in 2015, supported by strategic actions to, on the other hand, reduce the setbacks existing in that hard year, namely: 1) opened several department store chains with a large distribution power, whereby sales had a huge increase with the ongoing scheduling of purchases; 2) it made inventory ready for delivery available, with quick replenishment, to all its other clients; 3) it implemented the team of representatives to work in different hubs of retail clients in Brazil; 4) it expanded the offer of products developed with the brands of its department store clients to ensure better margins; 5) it managed credit by financing the payment term of its clients; 6) it managed to focus all its production capacity on the manufacturing of the products sold to avoid production waste with inventories not sold; 7) with the difficulties arising in early 2015, after the sharp increase of the dollar, which caused successive increased in the cost of the entire production chain, the company started to develop and work with new opportunities within its sector, investing in the new cell of Trousseau Sets, where it has a great sales potential; 8) in addition to several other strategies, it also invested in the Automation of the Sales Force through the system that integrates information of "read-to-deliver" inventories with all information required for the seller of the available products and enables the representative to type the orders and monitor the client until the service; 9) it also provided fabrics to other market niches, and prospected new business, such as fabrics for the institutional sector (Hotels, Hospitals, Inns, Restaurants); 10) it started to focus on large department stores, as said abode, to increase its sale share in those chains, that total more than 1,662 points of sale; 15) it created the retail board of officers to focus on the other 21,348 points of sale that sell household articles in operation in Brazil, separated per State.

So, the company is not saving efforts in the attempt to generate better results, aiming at optimizing its production capacity.

As seen, the company was organized in 1975, and from then on, it operated with a great evolution, made countless investments in industrial and operational infrastructure, enlarged the production capacity, achieved a major part of the sector's market, and overcame the difficulties faced.

However, the Petitioner, as most the Brazilian companies of its sector, has been suffering in the last years with reduction of credit and increase of interest rates, the new economic-financial crisis of the domestic market, which has also affected the company's sector directly, the successive strikes of truck drivers (that generated losses in deliveries, as well as some order cancellations), the default of clients, the economic recession in Brazil, the inflation and the rise of the dollar, which, as the signs show, will be further aggrieved in view of the recent impeachment petition of the President.

In order to support the foregoing facts, news published in 2015 in websites and newspapers of large distribution are reproduced below:

On **10/21/2015**, the website "http://www.investimentosenotícias.com.br" published news titled: "**Textile sector totals more than 14,000 dismissals in eight months**", as seen below:

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



### IEDA MARIA MONTEIRO
### Tradutora Pública e Intérprete Comercial
### - Inglês –

Matr. na Jucesp sob nº 1021                                                CCM nº   2.968.720-9
C.P.F. nº 077.542.738-10                                                    INSS nº 11393830140
R.G nº 11.604.191

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII                          fls. 120

"Sinditêxtil-SP (Union of Threading and Weaving Industries of the State of São Paulo) just disclosed the figures of the textile and garment sector in São Paulo collected during the first eight months of this year (January to August). **With respect to jobs, the textile and garment sector of the State of São Paulo already accrues 14,118 dismissals in the first eight months of 2015, versus 1,465 jobs created in the same period of 2014. The balance of job positions in August was 3,993 negative, against 666 negative in the same month last year.**

Alfredo Bonduki, president of Sinditêxtil-SP, warns that only this year, the sector might dismiss more than 100,000 workers across Brazil. "**If the economic and political issues continue in Brazil, we will have more record figures of companies closing and lost jobs, making the society's sacrifice useless to provide a tax adjustment wrongly made. The Executive and Legislative Branches must assume responsibility for their acts and decisions**", he explains.

**Foreign Trade**

The import of textiles and garments in the State of São Paulo, in total between January and September this year, decreased by 8.5% in amount (USD), from USD 1.36 billion to USD 1.26 billion. As regards to exports, they decreased by 15.5%, from USD 287 million to USD 242 million. The trade deficit was 7.07% lower in relation to the same period in 2014 (data disregarding cotton fiber). Only the imports of clothing, in the first nine months of 2015, fell 1.38% in value when compared to the same period in 2014. In tons, this variation was 2.50% higher.

**Physical Production**

From January to August this year, when compared to the same period in 2014, the physical production of the textile sector in the State of São Paulo had a 12.1% decrease, and the clothing sector, a 14.8% decrease. The manufacturing industry as a whole presented a decrease of 9.7%. In a comparison between August 2015 and August 2014, the textile sector showed a 20.8% decrease, and the clothing sector, a 18.4% decrease in production.

(...)

**Retail**

From January to July 2015, in relation to the same period in 2014, the sales volume fell 6.4%, and the nominal revenues, 3.7%. Comparing June 2015 to June 2014, there was a 12.2% reduction in sales volume, and an 8.5% reduction in nominal revenues. (Editorial Office - Agência IN)**(emphasis added)**

On **10/29/2015 (6:32 p.m.)**, the news "**Retail achieves worst performance since 2007**" was published on the website of ABIT – Associação Brasileira da Indústria Têxtil e de Confecção (www.abit.org.br), as follows:

"Once again, IAV-IDV recorded a decrease in actual sales in September, this time of 7.4% when compared to the same period of the previous year, achieving its worst performance since the beginning of the measurement, in October 2007. This result is mainly due to the instability and deterioration of the main economic indexes that drive consumption. The index is calculated based on the projections of the Institute's associates.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



### IEDA MARIA MONTEIRO
Tradutora Pública e Intérprete Comercial
- Inglês –

Matr. na Jucesp sob nº 1021                                                    CCM nº   2.968.720-9
C.P.F. nº 077.542.738-10                                                        INSS nº 11393830140
R.G nº 11.604.191

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII                          fls. 121

In August, IAV-IDV had an actual decrease of 7.2%, anticipating again in one month the result of the Monthly Survey of Trade (PMC), disclosed on October 14 by IBGE. This result was 0.3% below IAV's estimation.

**For this and the next two months, IDV's associates indicate the continuity of reduction in actual revenues, in comparison to the same periods of the previous year, with decreases of 2.62% in October, 2.26% in November, and 2.53% in December.**

**All sectors had decreases in sales in August, but again, the sector of durable goods was the one that contributed the most to the negative result of the index, with a sales decrease of 12.7%. IAV-IDV also shows a decrease in this sector for October, November and December, of 3.4%, 2.9% and 2.1%, respectively.**

The sector of semi-durable goods, which includes clothing, shoes, book stores and sports articles, presented an actual decrease of 6.2% in September. Declines are expected for the next months, in relation to the same periods in the previous year, of 3.1% in October, 5.6% in November, and 1.9% in December.

"The decay of the macroeconomic pillars that drive consumption has been directly influencing the low performance of retail since the 3rd quarter of last year. **With worsening of the scenario in 2015, IAV-IDV already accrues until September, an actual decrease of 2.6%. The result for the 3rd quarter of 2015, against the same period of 2014, shows a 5.9% decrease**", comments Luiza Helena Trajano, president of IDV." **(emphasis added)**

The website of ABIT – Associação Brasileira da Indústria Têxtil e de Confecção (www.abit.org.br) also published, on **11/5/2015 (5:30 p.m.)** the news "Textile production declined more than the manufacturing industry in September", as seen below:

"Rafael Cervone, president of Associação Brasileira da Indústria Têxtil e de Confecção (Abit) highlights that the restrictive measures adopted by the government, lack of direction in the economic policy, and the political crisis, as expected, only increase the recession, melt away jobs, and do not allow growth to be resumed.

**Last September, in comparison to the same period of the previous year, the Brazilian textile production dropped 22.5%, and the garment production dropped 13.6%. The sector's retreats exceed those of the manufacturing industry as a whole, which was 12.6%. Data just disclosed by IBGE.**

**Year to date in 2015, the manufacturing industry presented a 9.2% decline; the textiles, a 12.8% decline, and garments, a 10.3% decline. In the last 12 months, the decrease was 8.2%, 11.6%, and 8.8%, respectively. In relation to August 2015, the decline in production was 1.5%, 1%, and 4.2%.**

"The figures evidence the lack of direction in the economic policy, combined with a severe political crisis, with high interest rates, credit restriction, and above all, with an increase of the tax burden, is producing the expected effect, that is, increase of the recession", highlights Rafael Cervone, president of ABIT. For him, "the concrete solution to resume growth requires a serious and deep change of the governmental culture, reducing the Government size, improving the efficiency of

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



## IEDA MARIA MONTEIRO
### Tradutora Pública e Intérprete Comercial
### - Inglês –

Matr. na Jucesp sob nº 1021                                        CCM nº   2.968.720-9
C.P.F. nº 077.542.738-10                                          INSS nº 11393830140
R.G nº 11.604.191

Nº da tradução/versão: 25.03.168.25        Livro nº CLXVIII                        fls. 122

public expenses and building a concrete long-term agenda, enabling and stimulating the recovery of economy and investments." **(emphasis added)**"

        Also, from the news published on **11/30/2015 - 5:41 p.m. on the website of Valor Econômico, titled "Dollar reacts to worsening of the political and tax scenario and closes up" (By Silvia Rosa),** the following is extracted:

"**SÃO PAULO** - The dollar closed the last day of the month strongly up versus the real, reacting to the worsening of the political and tax scenario and to the increase of the concern about the crisis' impact on BTG Pactual for the financial system, after the justice of the Federal Supreme Court (STF), Teori Zavascki, declared to change the detention of the bank's main shareholder, Andre Esteves, from temporary to preventive.

The commercial dollar increased 1.68%, closing at BRL 3.8854. With this, the American currency closes the month up in 0.63% and accrues a valuation of 46.09% in the year.
(...)
Analysts also affirm to have seen a greater demand for dollar by the foreign investors.

The market reflects the concern about the tax scenario and the impact of the crisis on BTG Pactual for the financial system.

After not being able to approve the reviewed target of primary surplus for this year, the government announced today the contingency of BRL 11.2 billion in discretionary expenses. The total contingency of the Executive Branch can reach BRL 89.6 billion in 2015.
The government reported today a shortfall of BRL 11.53 billion of the public sector consolidated in October, which worsened the 12-month shortfall to 0.71% of the GDP.
(...)
In addition to the uncertainty with respect to the tax scenario, the fear that the issues at BTG Pactual after detention of its controlling shareholder last week can affect the financial system increases.
(...)
For Arnaldo Curvello, resource management officer of Ativa Corretora, the fact that BTG is not a retail bank contributes to controlling the liabilities more efficiently. "I do not think that there is a solvency risk for the financial system in the short term. But there is a risk of revaluation and a generalized trust crisis, since BTG is one of the most known Brazilian banks abroad", he says.

Curvello reminds that the detention of the senator Delcídio Amaral (PT-MS), a government leader at the Senate, also brings doubts on the government's ability to approve the tax measures. **(emphasis added)**

        On 12/1/2015 (11:59 a.m. - Updated at 12:32 p.m.) the website of Folha de S.Paulo reported that "**GDP falls 5.8% since 2014 and Brazil has the worst recession since Plano Real**", as follows:

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

IEDA MARIA MONTEIRO
Tradutora Pública e Intérprete Comercial
- Inglês –

Matr. na Jucesp sob nº 1021
C.P.F. nº 077.542.738-10
R.G nº 11.604.191

CCM nº   2.968.720-9
INSS nº 11393830140

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII                    fls. 123

"The Brazilian economy started to retract in the second quarter of 2014, although the daily effects of the recession, such as unemployment, has only become more evident this year.
**With the figures of last quarter, disclosed this Tuesday (1st), GDP (Gross Domestic Product, a measurement of the national production and income) accrues a 5.8% drop over one year and a half.**
<u>Recessions of Real</u>
**The current recession is already the longest since the launching of Plano Real, in 1994, and by the end of the year, it will have become the most intense, surpassing the 6% retraction at the turn of 2008 to 2009.**
**The country has only seen worse numbers in times of economic shocks. At the turn of the 1980's to the 1990's, a 7.7% retraction occurred over 11 quarters - in a period when inflation reached 80% per month, and Plano Collor forfeited the money of bank deposits.**
Among the main global economies, the national fiasco is only surpassed this year by Russia and Ukraine involved in armed conflict, and by Venezuela, that is living the collapse of *Chavismo*.
There is nothing special, however, about the national recession in course: this is a process persistently built throughout the first term of office of president Dilma Rousseff.
**Gradually, the spending and interventionist escalation of the government fed the inflation, the public debt and the uncertainties of consumers and business owners who stopped purchasing and <u>interrupted investments</u>.**
<u>GDP - Quarter x immediately previous quarter, in %</u>
When the *petista* administration finally decided to adjust the public accounts, after reelection, the tax collection had dropped sharply, the interests had rocketed and the Congress' support had vanished.
**The end of the crisis is out of sight. In the lest months, the causes of recession remained unchanged or even got worse.**

Prices of products for export continued falling; the inflation expectations in 2016 got worse, making the Central Bank indicate the possibility of a new increase of interests.

And the political scenario, for which there are no metrics available, certainly has not become less obscure."
(http://www1.folha.uol.com.br/mercado/2015/12/1713386-pib-encolhe-58-em-seis-trimestres-na-pior-recessao-durante-o-plano-real.shtml). **(emphasis added)**

On 12/7/2015 (9:08 a.m. - By Ana Conceição) the website of Valor Econômico published that: "**Bet on inflation raises and market expects Selic to reach 14.25% by the end of 2016**", as follows:

"**SÃO PAULO** - Expectations of the market analysts for the inflation continue to deteriorate and now they expect no other reduction of the interest rate over the next year, according to the Focus newsletter from the Central Bank (BC).

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



**IEDA MARIA MONTEIRO**
Tradutora Pública e Intérprete Comercial
- Inglês –

Matr. na Jucesp sob nº 1021
C.P.F. nº 077.542.738-10
R.G nº 11.604.191

CCM nº   2.968.720-9
INSS nº 11393830140

Nº da tradução/versão: 25.03.168.25         Livro nº CLXVIII                    fls. 124

**The median of estimates for the increase of the Broad Consumer Price Index (IPCA) of 2015 was reviewed upwards for the 12th week, from 10.36% to 10.44%.** After a break last week, the median for the inflation in 2016 went up again, from 6.64% to 6.70%, a rate above the cap of the target pursued by BC, of 6.5%. The median in 12 months was adjusted downwards, from 7.08% to 6.99%, but is still way above the cap of the target.

The worsening of the forecasts for IPCA's results follow the increase in estimates for the adjustment of the administered prices, from 17.65% this year, and 7.35% for the next one.

**With a high inflation, analysts have adjusted their projections for the basic interest rate.** The median of the estimates for the cost of money in 2016 went from 14.13% to 14.25%, which is the current percentage of the rate. Disclosed last week, the minutes of the last meeting of Copom in the year showed a posture of the collegiate body tending to an increase of interests. In the document, BC highlighted that the purpose of the monetary policy is to make the inflation converge to the target of 4.5% in 2017, and that it shall adopted the necessary measures for that purpose. After disclosure of the minutes, the survey performed by Valor showed that ten out of 17 economists consulted expect an increase of interests in 2016. For that group, BC's first action in that regard must be taken at the January meeting, with an increase of 0.50% in Selic, to 14.75% per annum.
(...)
**Economic activity**
After disclosure of a performance of the Gross Domestic Product (GDP) worse than expected in the third quarter, **the market analysts expect a bigger retraction of the economy in 2015 and in the following year**.

The median of estimates for the GDP's result for 2015 went from a fall of 3.19% to a retraction of 3.50%. This retraction will carry an even bigger negative effect to 2016, when the economy shall have a retraction of 2.31% against the 2.04% drop previously expected.
(...)
After disclosure of these figures, in addition to adjusting downwards the expectations for this year, many economists have made new calculations for 2016 and now expect a retraction near 3%, although this forecast is not yet shown in the median of BC's weekly newsletter." **(emphasis added)**

In view of all events mentioned above, the company ended up in an unbearable situation, being unable to manage sufficient turnover to pay the indebtedness assumed (with suppliers and financial institutions), without a restructuring, which is now necessary.

As seen, we cannot forget that the financial crisis and economic instability in the country affected the national market - **let alone the high bank spreads**, which have also generated instability to the Petitioner, together with the aforementioned factors. Let us see:

**II.    HIGH SPREADS AND BANK CHARGES**

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



## IEDA MARIA MONTEIRO
### Tradutora Pública e Intérprete Comercial
### - Inglês –

Matr. na Jucesp sob nº 1021
C.P.F. nº 077.542.738-10
R.G nº 11.604.191

CCM nº   2.968.720-9
INSS nº 11393830140

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII                    fls. 125

It is worth emphasizing that in the last years, as most of the companies in Brazil, the Petitioner started to borrow from financial institutions to invest in its operations, doing so in order to better meet the demand and higher severity of the market, its suppliers, and clients.

Moreover, the Petitioner indeed has also faced operating and commercial issues, as addressed above, and its result margin was even more impaired by specific issues of its activity.

Likewise, it is important to highlight some relevant facts and which imply the characterization of the Petitioner's good faith:

**a)**   The Petitioner has never acted in bad faith and always had a fixed address, with the presence of its members and manager, who not even in times of crisis have failed to lead the company, working every day, and exposing themselves, including to lenders and clients;

**b)**   The Petitioner had credit facilities and limits before the financial institutions, who have provided it with funds for a long time, mostly for rural credit, working capital and foreign exchange facilities. As it is known, the Brazilian bank system has been reducing the credit facilities to the production sector, and just wants to settle the current transactions without renewing the facilities in the same manner as granted before, and is imposing renegotiations with tough conditions (reduction of the payment term, increase of rates/charges, etc.), which implies undue enrichment of the financial sector in detriment of the national production sector;

**c)**   the increase of interests and financial charges that has affected the Petitioner directly, leaving it weakened due to the high costs, in addition to the operating costs involved (salaries, payroll charges, increase of costs with energy, fuel, fright, telephony, among others, besides the increased tax burden in Brazil). Within this context, the interest rates practiced by the financial market in the recent years have achieved an unimaginable peak, with the Brazilian bank spread being the highest of the world, which is approximately 25% higher than the world average.

Specifically in Brazil, the bank spread is composed of the profits, default rates, administrative costs, compulsory deposits and taxes collected by the federal government.

**In news published on the website of the newspaper Valor Econômico, on 2/26/2015,** **titled "Banks recompose the spreads",** the current status of the spreads practiced by the Brazilian banks can be seen, which achieved the highest value since March 2012, as per the excerpts below, which continues to be daily disclosed by the media since then:

"**The margins charged by the banks in loans to companies and families in January were the** **highest since March 2012,** *when the president Dilma Rousseff determined that the official institutions drastically cut the spreads to introduce more competition to the system and force private banks to follow the same path. Data disclosed yesterday by the Central Bank (BC) shows that the*

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



### IEDA MARIA MONTEIRO
Tradutora Pública e Intérprete Comercial
- Inglês –

Matr. na Jucesp sob nº 1021                                                      CCM nº    2.968.720-9
C.P.F. nº 077.542.738-10                                                         INSS nº 11393830140
R.G nº 11.604.191

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII                          fls. 126

*spread in free loan transactions was 27.5% last month. This is the highest value since March 2012, when it was 27.9%."*

(...)

*"The government's strategy of forcing the reduction of the spread and reducing the banks' profits, however, had a short life, shows the data from BC.* **The spreads charged to clients were increasing since mid-2013 after the tightening of Selic by the monetary authority and, as of 2014, the federal banks started to raise the interests again to restore profitability. In this early stage of the year, after the minister of finance, Joaquim Levy, committed not to give more capital to the public banks, these institutions accelerated a bit more the restoring of spreads.** *Caixa, in addition to increasing the free loan interests, has adjusted the rates charged in directed credit facilities, such as mortgage loans. In January, free loan spreads rocketed again, from 25.6 points to 27.5 percentage points, in comparison to December. The directed credit spread also increased, from 2.7 points to 2.9 points. The chief of BC's Economy Department, Túlio Maciel, evaluated that a major part of the spread is due to a statistical effect - in January, families got more debts with overdraft, that has higher rates. Bur data shows that this is not the main explanation.* **The banks' margin in free loans to legal entities, for instance, increased from 24.2 points to 25.2 percentage points. BC does not disclose the spread per loan type, but there are signs that it has increased generally.** *The banks' costs with fund raising in transactions with natural persons fell from 12.3% per annum to 12.1% between December and January. But the final interests increased even in payroll-deduction loans to public employees (from 20% per annum to 20.4% per annum) and for social security (INSS) beneficiaries (from 28% to 28.4%).*

*To Maciel, at least part of the spread increase is due to the effects of the monetary constriction.* **Research carried out by BC shows that the increase in base interest rates is reflected on loans, most of all on the raising cost, but also influences the spreads** *- probably because higher interests increase the risk of default."* **(emphasis added)**

Likewise, due to the economic crisis, the loan reduction was immediate, as well as the increase of its costs - the scarce remaining credit - which affected, as a consequence, the economy from the performance point of view, of full variation and instability, leading to a strong and sudden slowdown of the largest economies in the world, some of which are still in recession.

Furthermore, inflation reappeared and is increasing quickly, in addition to other recent factors showing the severe corruption chain, and countless protests against the government in the last period, aggravated by the recent impeachment petition of the President, which are causing more political, financial and economic instability to the country, which is in full recession.

The facts above have been portrayed by media in general, as observed in the attached documents (**Doc. 05**).

It is worth remembering that other factors were already happening and have also contributed to the current situation faced by the Petitioner, namely:

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



### IEDA MARIA MONTEIRO
Tradutora Pública e Intérprete Comercial
- Inglês –

Matr. na Jucesp sob nº 1021                                                                                  CCM nº   2.968.720-9
C.P.F. nº 077.542.738-10                                                                                        INSS nº 11393830140
R.G nº 11.604.191

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII                              fls. 127

**a)**   the system adopted in the last years by the Brazilian Government to reduce inflation and increase of the SELIC rate - in a wicked recipe to keep inflation under control - was a completely wrong strategy that prevented Brazil from growing and impaired many national companies.

**b)**   in the latest months, the increased foreign exchange rate brought serious consequences to the market in general.

**c)**   the national economic policy, generated by the fact that the Federal Government has delayed a tax adjustment bearable by business owners in general, which has been aggravated by the political crisis created in the country in the last period.

This way, the set of all items described herein has compromised the Petitioner's situation, eliminating its working capital and collaborating to an imminent default situation, when it saw itself prevented from satisfying so many obligations by their due dates, in deadlines and conditions that prevent it from paying - which can hinder its economic-financial transactions on the short term.

In this regard, aiming at recovering the economic-financial feasibility of its business, the Petitioner is taking actions to restructure its operations, focused on the renegotiation of its liabilities and payment to all its creditors.

Such situation demands many efforts from it, which will be listed in the reorganization plan to be presented within the legal term.

Despite the setbacks reported, the Petitioner understands that this situation is temporary and believes that it will have conditions to overcome it, in order to perform its obligations.

It should be highlighted that the Petitioner is considered an important company in its sector, with a great market share, in addition to being respected by its clients and suppliers.

In this line, the success of its operations depends on the recovery of its cash flow, booming economy, without shocks, as well as the purchasing power of clients/consumers of its products.

In addition to the foregoing issues, the important social aspect, that is, the fact that the company employs **190 direct employees (Doc. 08)**, in addition to several other indirect employees, should be reaffirmed.

The concern of the members and manager of the Petitioner is such about the social aspect that it has been using all possible efforts to keep its personnel and, although having dismissed some of them recently, these were necessary to the operating restructuring in progress, in view of the reported distress.

Accordingly, the Petitioner's purpose is to overcome the occasional economic-financial crisis it has been facing, in order to maintain is operating capacity, the maintenance of the highest possible

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



### IEDA MARIA MONTEIRO
Tradutora Pública e Intérprete Comercial
- Inglês –

Matr. na Jucesp sob nº 1021                                                CCM nº   2.968.720-9
C.P.F. nº 077.542.738-10                                                  INSS nº 11393830140
R.G nº 11.604.191

Nº da tradução/versão: 25.03.168.25        Livro nº CLXVIII                 fls. 128

number of employees, as well as aiming to preserve the company, the interests of its creditors, and the generation of taxes and wealth, remaining operational and thus exercising its social function and stimulating the economic activity, all according to article 47 of the New Bankruptcy and Reorganization Law.

Therefore, it should be emphasized that the bankruptcy lawmaker intended to give broad effect to the guidelines imposed by the constitutional principles of the property's social function and incentive to the business activity (Federal Constitution, articles 170, II, and 174).

### III. SATISFACTION OF THE REQUIREMENTS OF ARTICLE 48, ITEMS I TO IV, OF LAW 11,101/05

**The Petitioner satisfies the requirements of article 48, items I to IV, of Law 11,101/05** to file for its Court-Supervised Reorganization, since it is a company founded more than two (2) years ago, **in 1975**, that is, **more than forty (40) years ago.**

**The Petitioner has never gone bankrupt and has never been granted with a Court-Supervised Reorganization** (the respective **Clearance Certificates of Bankruptcy and Court-Supervised Reorganization in the name of the company, its members and its manager** are attached hereto) **(Doc. 03).**

Moreover, Criminal Clearance Certificates of the Petitioner-Debtor and its members, as well as the Clearance Statement and Clearance Certificate of Criminal Conviction signed by its Manager are attached hereto **(Doc. 04), for purposes of article 48, item IV, of Law 11,101 dated 2/9/2005, and of article 1,011, paragraph one, of Law 10,406 dated 1/10/2002.**

It should be further noted that the Petitioner is a Business Company, as per the Certificate from the Board of Trade of the State of São Paulo **(Doc. 09)**, having, accordingly, standing to file for the Reorganization.

So, the requirements related to the good standing of the Petitioner, its members and manager are met, evidenced by their Proof of Enrollment with the CNPJ attached hereto **(Doc. 09)** and Proof of CPF Registration Status before the Federal Revenue Office in the name of the manager **(Doc. 17)**, which reinforces their trustworthiness and good reputation, who are trying everything possible to settle the company's debt within the possible term, having no other alternative but to present this Court-Supervised Reorganization petition.

Therefore, the Petitioner qualifies under the new law and meets all requirements contained in article 48 and items of this law, in order to be granted with the special deadlines and conditions for paying its overdue and payable obligations, as authorized by article 50, item I, of said law.

### IV. DOCUMENTS PROVIDED FOR IN ARTICLE 51, ITEMS I TO IX, OF LAW 11,101/05

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



### IEDA MARIA MONTEIRO
Tradutora Pública e Intérprete Comercial
- Inglês –

Matr. na Jucesp sob nº 1021
C.P.F. nº 077.542.738-10
R.G nº 11.604.191

CCM nº   2.968.720-9
INSS nº 11393830140

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII                    fls. 129

The Petitioner also supports this petition with fulfillment of all requirements and production of the necessary documents, provided for in article 51, items I to IX, of Law 11,101/05, namely:

I - the explanation of the concrete causes of the debtor's wealth and the reasons for the economic-financial crisis, as referred to in this petition and as per the attached documents (**Doc. 05**);

II - the accounting statements regarding the last three (3) fiscal years and those especially drawn up to be produced in this petition, made in accordance with the applicable corporate law, and mandatorily including: a) balance sheet; b) income statement; c) income statement since the last fiscal year; d) management report on the cash flow and its projection - **The Petitioner highlights that it has a digital accounting file system (SPED), being at your disposal to present them, if necessary, and attaches hereto the respective Delivery Receipts (Doc. 06);**

III - the full list of the creditors' names, including CNPJ number and address of each one, the nature, classification of credit, and the amount, describing its source and the respective maturity dates. **The Petitioner attaches the existing List of Creditors of Class I - Labor Creditors, Class II - Secured Creditors, Class III - Unsecured Creditors, and Class IV - Small and Medium-Size Companies (Doc. 07);**

IV - a full list of employees, with their respective positions and salaries. **The Petitioner attaches it as a confidential document, pursuant to the final claim (Doc. 08);**

V - certificate of the debtor's good standing before the Public Registry of Companies, the articles of association and its amendment and restatement, which include the current name of the debtor's manager (**Doc. 09**);

VI - list of the personal property of the debtor's members - the Petitioner attaches it as a confidential document, pursuant to the final claim **(Doc. 10).**

VII - the updated statements of the debtor's bank accounts **(Doc. 11);**

VIII - certificates of protest registry offices located in the judicial district of the head office/seat (parent and branches) of the debtor (**Doc. 12);**

IX - list signed by the debtor of lawsuits to which it is a party, including labor lawsuits, with the respective estimated amounts in dispute **(Doc. 13).**

Further, other documents and courthouse certificates and protest clearance certificates in the name of its members and its manager are included **(Doc. 15 to 17).**

**V.      THE CLAIM**

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



# IEDA MARIA MONTEIRO
## Tradutora Pública e Intérprete Comercial
## - Inglês –

Matr. na Jucesp sob nº 1021
C.P.F. nº 077.542.738-10
R.G nº 11.604.191

CCM nº  2.968.720-9
INSS nº 11393830140

Nº da tradução/versão: 25.03.168.25         Livro nº CLXVIII                    fls. 130

Given the foregoing, and considering that this petition complies with the governing law, as well as all documents attached hereto **(Docs. 01 to 17)** are in compliance with articles 48 and 51, and items, of Law 11,101/05, the Petitioner comes hereby to request Your Honor to:

a)    **Grant the company's petition of Court-Supervised Reorganization**, under article 52 of that law, appointing a bankruptcy trustee, determining the publication of a Notice for the creditors' information, and waiting for submission of the reorganization plan within the legal term;

b)    Order, based on article 6 of LFR, the stay of actions and enforcements against the Petitioner;

c)    Order the waiver of the requirement to produce the Clearance Certificates for the acts aiming at the full exercise and continuity of the company's activities, as well as to enable this court-supervised reorganization;

d)    Invoking the constitutional guarantees for protection of intimacy and confidentiality of tax records, request the attachment as confidential documents:

d.1.) the List of Employees, Positions and Salaries (article 51, item IV), in a separate petition to be filed directly to the Clerk's Office of this Court, given its confidential and personal character, requesting it to be presented as a confidential document **(Doc.08);**

d.2.) the List of personal property of the members (article 51, item VI), in a separate petition to be filed directly to the Clerk's Office of this Court, given its confidential and personal character, requesting it to be presented as a confidential document **(Doc.10);**

The Petitioner is at your disposal to produce other documents that Your Honor consider to be necessary.

Finally, it requests that all notices related to this petition be served upon the attorneys **Roberto Carlos Keppler, enrolled with OAB/SP under No. 68.931 and Simone Zaize de Oliveira, enrolled with OAB/SP under No. 132.830**, with office at Rua Bento de Andrade, 421, Jardim Paulista, CEP 04503-001, São Paulo/SP.

For purposes of jurisdictional amount, the amount in dispute is set as one hundred thousand reais (BRL 100,000.00), with presentation of the receipt of collection of the respective legal fees being required (court costs - **Doc. 02**).

Grant is requested.
Nova Odessa, December 9, 2015.

[*Illegible signature*]                    [*Illegible signature*]                    [*Illegible signature*]

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



## IEDA MARIA MONTEIRO
Tradutora Pública e Intérprete Comercial
- Inglês –

Matr. na Jucesp sob nº 1021                                         CCM nº    2.968.720-9
C.P.F. nº 077.542.738-10                                           INSS nº 11393830140
R.G nº 11.604.191

Nº da tradução/versão: 25.03.168.25          Livro nº CLXVIII                    fls. 131

| **Roberto Carlos Keppler** | **Simone Zaize de Oliveira** | **Jorge Nicola Junior** |
|---|---|---|
| **OAB/SP 68.931** | **OAB/SP 132.830** | **OAB/SP 295.406** |

Further naught, I certify that the preceding is true, faithful and unabridged rendering into English of the original in Portuguese version. In witness whereof, I set my hand and seal in São Paulo, SP, Federative Republic of Brazil, this March 27, 2025.

São Paulo, March 27, 2025.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

fls. 1



Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

**EXCELENTÍSSIMO(A) SENHOR(A) DOUTOR(A) JUIZ(A) DE DIREITO DA _____ª VARA CÍVEL DO FORO DA COMARCA DE NOVA ODESSA – ESTADO DE SÃO PAULO**

**GUERREIRO INDÚSTRIA, COMÉRCIO, IMPORTAÇÃO E EXPORTAÇÃO LTDA.**, inscrita no CNPJ/MF sob nº 46.529.590/0003-07, com endereço na Rua Abraão Delega, nº 300, Jardim Fadel, CEP 13460-000, Município de Nova Odessa, Estado de São Paulo, com contrato social arquivado na Junta Comercial do Estado de São Paulo sob o NIRE nº 35200938656, por seus advogados que esta subscrevem (instrumentos de procuração e substabelecimento - **Doc. 01**), com escritório na Rua Bento de Andrade, nº 421, Jardim Paulista, Município de São Paulo, Estado de São Paulo, CEP 04503-011, telefone  (11) 3888-9819, onde receberão as intimações deste D. Juízo, vem, respeitosamente, à presença de V. Exa., com fulcro no artigo 47 e seguintes da Lei n° 11.101, de 09 de fevereiro de 2005 (Lei de Falências e Recuperação de Empresas), **requerer o deferimento do processamento de sua <u>RECUPERAÇÃO JUDICIAL</u>**, com base nas razões de fato e de direito a seguir expostas:

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394. Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 10017030920158260394 e código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394. Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 10017030-09.2015.8.26.0394 e código Rmg0Bf5o.

1



Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

**PREAMBULARMENTE**

**DA COMPETÊNCIA DO JUÍZO DA COMARCA DE NOVA ODESSA**
**PARA DEFERIR A PRESENTE RECUPERAÇÃO JUDICIAL**
**LOCAL DO PRINCIPAL ESTABELECIMENTO DA REQUERENTE**

A presente lide deve ser submetida a esse MM. Juízo Cível da Comarca de Nova Odessa - SP, nos termos do artigo 3º da Lei 11.101/05:

"Art. 3º. *É competente para homologar o plano de recuperação extrajudicial, **deferir a recuperação judicial** ou decretar a falência **o juízo do local do principal estabelecimento do devedor** ou da filial de empresa que tenha sede fora do Brasil.*" (g.n.)

Observa-se que o principal estabelecimento da Requerente <u>está situado no Município de Nova Odessa/SP</u> (conforme qualificação e endereço indicado na pg.1 da presente), local de seu principal parque industrial.

Nesse sentido, a Requerente, embora possua sede (escritório) em São Paulo, é em sua filial de Nova Odessa que se encontra seu principal estabelecimento, ou seja, é no citado Município que se concentram suas principais atividades e operações industriais, sua administração, e onde se encontram alocados a maioria dos seus funcionários (qual seja 171 funcionários, de um total de 190 que a empresa possui em seu quadro – vide **Doc.08** anexo).

Ressalta-se que na falência e na recuperação judicial os interesses envolvidos não são meramente privados, e suas regras se dirigem ao interesse público.

Destarte, a competência traduzida do artigo 3º da lei é absoluta. A respeito assim já se posicionou o Supremo Tribunal Federal, enquanto competente para as matérias de direito infraconstitucional, e o Superior Tribunal de Justiça tendo como referência o artigo 7º do Decreto Lei nº 7.661/1945, fonte inspiradora do artigo 3º da Lei 11.101/2005, que o observa em seu conceito central:

STF: "Falência. *Competência absoluta. Lugar do principal estabelecimento. O juízo da falência somente pode ser instaurado, nos termos da lei específica, no foro do estabelecimento principal do falido, sendo, pois, absolutamente incompetente para declarar o estado do falido o juízo do estabelecimento subsidiário.*" (RE nº 98.928-RJ,

2

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 100170309201582603940.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.



fls. 3

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

1ª Turma, decisão unânime, Rel. Min. Rafael Mayer, publicado no DJU, Seção I, em 12.08.1983, p.11.766).

STJ: "*A competência do juízo falimentar é absoluta.*" (CC nº 37.736, 2ª Seção, Rel. Min. Nancy Andrighi, publicada no DJ, Seção I, em 16.08.2004, p.130).

Infere-se, portanto, que no **Município de Nova Odessa/SP** se localiza o principal estabelecimento da empresa, sendo competente esse MM. Juízo desta Vara Cível da Comarca de Nova Odessa/SP, nos termos do artigo 3º da Lei 11.101/05, requerendo-se, assim, que o presente Pedido de Processamento de Recuperação Judicial seja apreciado e deferido por V.Exa.

I.      DO HISTÓRICO DA EMPRESA REQUERENTE E DA CRISE ECONÔMICO-FINANCEIRA ENFRENTADA

Cabe observar, adiante, o histórico detalhado da Requerente, bem como da crise econômico-financeira enfrentada, que a levou à necessidade de ingressar com o presente pleito de Recuperação Judicial:

A **GUERREIRO INDÚSTRIA, COMÉRCIO, IMPORTAÇÃO E EXPORTAÇÃO LTDA.**  iniciou suas atividades em 02 de maio de 1975.

A empresa tem como sócias as empresas São Jorge Investimentos Societários S.S. Ltda. e Damasco Participações Societárias S.S. Ltda., e como administrador o Sr. Gergos El Dib, como demonstra a alteração do contrato social consolidada (**Doc. 09**).

Em anexo, a Certidão da Junta Comercial do Estado de São Paulo (Doc. 09), demonstrando a regularidade da empresa, a qual, como visto, possui a sede (escritório) em São Paulo/SP e filiais em Nova Odessa/SP -  principal estabelecimento (Unidade I) e em 3 Lagoas/MS (Unidade II).

A empresa atua no segmento da indústria, comércio, importação e exportação de artigos têxteis, cama, mesa, banho, artigos de vestuário, acessórios, eletrodomésticos, presentes, cosméticos, serviços administrativos e showroom.

Oferece produtos diversificados e de qualidade e atende a um conjunto de clientes e empresas de ponta, tendo grande relevo no mercado,

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código RmgOBf5o.

3

fls. 4

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

**KEPPLER** | advogados associados

destacando-se por ser referência na sua área de atuação (Catálogo da Empresa e seus Produtos anexo – **Doc. 05**).

Vale destacar algumas das principais clientes magazines que compõem a carteira da Requerente**:** Shop Time; Grazziotin; Casa & Vídeo; Lojas Avenida; CBD - Pão de Açúcar; Carrefour; Walmart; União de Lojas Leader; Pernambucanas; Lojas Riachuelo; Havan; J.Ary Tecidos; Aniz Razuk; Grupo Dinamica; Cia. Textil Niazi Chohfi; Ponte Irmão; Hemes; Jurandir Pires Galdino; Assad Abdalla; Daju Com. Tecidos; Armarinhos Gimenez; Decopa Ltda; Ferju Ind. e Com.; Lojas Rebuen; Lojas Romarri; Lojas Blumenau Têxtil; Airton Borelli; Claudino S/A; B2W Cia. Global Varejo, dentre outras redes de porte que trabalham o desenvolvimento da marca própria.

A planta industrial (principal) de Nova Odessa/SP e a planta de Três Lagoas/MS, possuem Certificado de Qualificação BV ("Bureau Veritas"), relativo ao Programa de Certificação de Fornecedores para o Varejo – Abvtex (**Doc. 05**).

A empresa também possui Certificação de Qualidade emitida pela Toyota como tecelagem modelo, demonstrando que opera dentro dos mais elevados parâmetros mundiais de tecnologia, know-how, qualidade e responsabilidade (**Doc. 05**).

Dentro de sua política de responsabilidade social e ambiental, a empresa tem trabalhado nos últimos anos com ênfase, praticando diversas ações com objetivo de garantir a sustentabilidade, com rentabilidade, competitividade e respeito ao meio ambiente e à responsabilidade social, quais sejam (**Doc. 05**):

- Apoio à formação de seus colaboradores / mão de obra especializada;
- Contratação de jovem aprendiz;
- Participação no Programa de Conscientização Ambiental, com Certificado conferido na ocasião pelo Instituto Ambiental Brasil e a Prefeitura de Nova Odessa, representada pela Coordenadoria de Meio Ambiente;
- Doação de equipamentos feita ao Projeto Escola de Beleza do Fundo Social de Solidariedade de Nova Odessa, aprovado pela Câmara Municipal;

Nesse aspecto, em razão do trabalho desenvolvido na Requerente, em agosto p.p. o administrador da empresa foi premiado pela Assembleia Legislativa como "Cidadão Novaodessense" pelos relevantes serviços prestados à cidade (**Doc. 05**).

Cabe observar que **a Requerente emprega atualmente <u>190 (cento e noventa) funcionários diretos, sendo 171 funcionários em Nova Odessa/SP, 14 em São**

4

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

**Paulo/SP e 5 em Três Lagoas/MS (Doc. 08),** além de outros aproximados 150 colaboradores indiretos que trabalham em empresas que prestam serviços à Requerente em 12 (doze) confecções, além de prestadores de serviços na área de informática, segurança/vigilância, representantes comerciais, dentre outros, e conseguem seu sustento também em decorrência das atividades da mesma.

Portanto, a Requerente preocupa-se sobremaneira com o aspecto social e manutenção do trabalho dos seus funcionários e colaboradores, visando o bem-estar comum, inclusive da comunidade próxima de seus estabelecimentos.

Feitos os breves esclarecimentos acima, cabe observar, adiante, o histórico da empresa, bem como da crise econômico-financeira enfrentada, que a levou à necessidade de ingressar com o presente pleito de Recuperação:

Como visto, a empresa foi fundada em 1975, situada na Av. Nova Cantareira, no. 1897, cuja atividade era inicialmente a de atacado e varejo de tecidos a metro, e produto acabado de cama, mesa e banho. Possuía como clientes pequenos e médios lojistas pulverizados em diversos Estados.

Em 1991 houve aquisição de imóvel com 1.600 m² (situado na Rua Maestro João Gomes de Araújo, 77) e a empresa passou a produzir a confecção dos seus produtos em terceiros.

Em 1994 passou a importar cobertores, tecidos e tapetes da Turquia, Líbano, México, Egito e Paquistão. Nessa época também passou a vender aos grandes Magazines, como Pernambucanas e Carrefour.

A empresa iniciou a produção terceirizada de estamparia, tinturaria, fiação, tecelagem e confecção, pois desde então seus fornecedores eram as indústrias. Porém, as mesmas começaram a dar crédito aos clientes da Guerreiro (lojistas).

Dessa forma, a empresa teve de tomar uma decisão, qual seja, de focar no mercado varejista, ou ingressar para indústria de forma direta, e não terceirizada.

Sendo assim, em 2005 a empresa assumiu o arrendamento de uma estamparia, que era sua terceirizada. Referia estamparia entrou em processo falimentar. As máquinas estavam sucateadas e a estrutura precária, piso de lama e paredes do galpão destruídas. Não havia sequer muro na propriedade.

5

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento foi assinado digitalmente por Ieda Maria Monteiro. Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394. Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

fls. 6

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

A motivação para assumir a estamparia foi devido à licença da Cetesb, que a planta possuía. Porém, o tratamento de água estava desativado e, para retomar, no primeiro mês a Guerreiro investiu R$ 500 mil.

A Guerreiro foi acionada como devedora solidária em um passivo trabalhista de 100 funcionários da antiga massa falida; contudo, teve êxito em todas, sem reconhecimento como devedora solidária/subsidiária.

A Guerreiro, então, registrou todos os 70 (setenta) colaboradores que compunham o antigo quadro da estamparia falida, os quais inclusive estavam com salários e encargos em atraso. De forma imediata, regularizou todos esses débitos.

Por tais motivos, a Guerreiro recebeu ofício da Câmara Municipal de Nova Odessa com cópia de Moção aos diretores, consignando Votos de Congratulações, pela instalação da empresa no aludido Município, gerando empregos e melhorando a arrecadação, "valorizando seus colaboradores dentro de um clima amistoso, perfeito para o trabalhador desenvolver sua atividade com prazer e harmonia" (sic) (**Doc.05**)

A Guerreiro permaneceu 2 (dois) anos nessa área até que o Sr. Gergos (na ocasião sócio e hoje administrador da Requerente), arrematou a propriedade com capital próprio, para não descapitalizar a empresa. A indústria exige capital de giro para produzir, vender a prazo e financiar estoque.

Mesmo antes da arrematação, a empresa passou a investir em infraestrutura e máquinas de última geração.

A Guerreiro assumiu aluguéis em atraso do antigo proprietário e o arrendamento de máquinas em atraso da massa falida (também arrematadas posteriormente, mesmo sucateadas para não arcar mais com custos de armazenagem), além de deixar em dia os encargos trabalhistas dos funcionários que, como visto, continuaram a trabalhar com a Guerreiro.

A propriedade possuía 3.000 m² de área construída (precária) e área total 25.000 m².

Desde então, em 10 anos, foram construídos mais 20.000m² e houve grandes investimentos em máquinas de última geração, tecnologia de ponta, otimização de mão de obra, evolução para um baixo consumo de energia e custo baixo de manutenção. A planta industrial, na parte de estrutura e máquinas, está totalmente

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

6

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

fls. 7

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

quitada.

Nessa época, o segmento têxtil "Cama, Mesa e Banho" estava voltado à importação devido à concorrência chinesa. O mercado foi absorvido pelo produto chinês com baixo custo e muita competitividade.

Até 2005, a Guerreiro trabalhava com determinada instituição financeira, cuja conta era mantida desde 1975. A linha de crédito contemplada era uma conta garantida, com a qual a empresa trabalhava na época do atacado.

Quando ingressou na indústria, outro banco passou a oferecer crédito rural para financiar a matéria prima de algodão.

A empresa alavancou seu crédito com a primeira instituição, na mesma linha para o mesmo tipo de financiamento. Além dessa modalidade, passou a operar com o mesmo banco na linha de câmbio para importar matéria prima de fio de poliéster.

Em seguida, outros bancos passaram a oferecer as mesmas linhas de crédito rural e câmbio para iniciar o trabalho com a empresa. A margem da indústria lhe permite trabalhar especificamente com essas linhas de baixo custo.

Referente ao crédito de câmbio, a empresa aliou-se à concorrência chinesa e passou a importar também produtos, os quais não compensaria produzir devido ao alto custo, como colchas, tecido 100% algodão, tecido 100% poliéster e porta travesseiros.

A empresa atravessou algumas dificuldades: no decorrer desses anos de indústria, com a tomada de crédito rural, os bancos passaram a exigir um volume cada vez maior de duplicatas em garantia, como forma de manter o crédito para a empresa. Alguns bancos, inclusive de forma abrupta, transformavam o crédito rural (4,25% ao ano a 6,75% ao ano – prazo 240 dias) para Capital de Giro (25% ao ano a 35% ao ano – prazo 12 a 36 meses). Concluía-se que essas instituições almejavam apenas captar a empresa como cliente, com a principal linha que a indústria trabalhava para financiar a própria matéria prima.

Houve, assim, grande corte de crédito rural, que prejudicou bastante a empresa, pois que o mesmo compunha 70% a 80% de todo o credito bancário no decorrer dos últimos 10 anos. Além disso, o aumento do dólar também interferiu na

7

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

fls. 8

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

redução da outra linha.

No decorrer do tempo, ingressaram no perfil de clientes da empresa as principais Magazines, tais como:  Pão de Açúcar, Riachuelo, Carrefour, Pernambucanas, Shoptime, Magazine Luíza, WalMart, Ricardo Eletro. Esse perfil de clientes não efetua pagamento via boletos, e sim via depósito bancário.

Ademais, de 2014 para cá, muitos dos clientes da Requerente tiveram dificuldades com pontualidade de pagamento e solicitaram muitas prorrogações, sendo que alguns, inclusive, encerraram as atividades e outros ingressaram com processos de Recuperação Judicial, tais como as empresas Esplanada, Distribuidora São Paulo, Mannes e Dadalto.

Portanto, o nível de inadimplência dos clientes da Guerreiro elevou-se bastante em 2014 e 2015, o que impactou diretamente no fluxo de recebíveis da empresa e agravou ainda mais a sua situação.

Não obstante, houve diversas ações comerciais implementadas em 2014, e a empresa conseguiu ao longo de 2015 obter várias novas conquistas, respaldadas em ações estratégicas para, por outro lado, minimizar as dificuldades existentes nesse difícil ano corrente, quais sejam: 1) abriu várias frentes de redes de magazines de grande poder de distribuição, onde cresceu muito a venda com a programação contínua das compras; 2) disponibilizou estoques pronta entrega com reposição rápida para todos os seus demais clientes;  3) implementou a equipe de representantes para atuarem em diferentes polos de clientes varejistas do país; 4) ampliou a oferta de produtos desenvolvidos com as marcas próprias dos seus clientes magazines, para garantir melhores margens; 5) geriu o crédito financiando o prazo de pagamento dos seus clientes; 6) procurou concentrar toda a sua capacidade produtiva para a fabricação dos produtos vendidos, para evitar desperdícios de produção com estoques sem venda; 7) com as dificuldades que se apresentaram no início de 2015, após o elevado aumento do dólar, ocasionando os sucessivos aumentos nos custos de toda a cadeia produtiva, a empresa passou a desenvolver e a atuar em novas oportunidades dentro do seu segmento, investindo na nova célula de Kit de Enxovais, onde tem um grande potencial de venda; 8) além de diversas outras estratégias implementadas, também investiu na Automação da Força de Vendas, com o sistema que integra a informação dos estoques "pronta entrega", com todas as informações necessárias para o vendedor  dos produtos disponíveis e permite a digitação dos pedidos pelo próprio representante e o acompanhamento do cliente até o atendimento; 9) Também está atendendo e fornecendo tecidos para outros nichos de mercado, e prospectando novos  negócios como o de tecido para o segmento

8

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

fls. 9

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

**KEPPLER** | advogados associados

institucional (Hotéis, Hospitais, Pousadas, Restaurantes); 10) passou a concentrar seu foco nos grandes magazines conforme acima referido, para ampliar sua participação de vendas nestas redes que totalizam mais de 1.662 pontos de venda; 15) criou a diretoria de varejo, para focar nos demais 21.348 pontos de vendas que comercializam artigos para o lar em atividade no Brasil, separados por Estado.

Desse modo, a empresa não está medindo esforços na tentativa de gerar melhores resultados, visando otimizar a sua capacidade produtiva.

Como visto, a empresa foi constituída em 1975, e de lá para cá atuou com grande evolução, fez inúmeros investimentos em estrutura industrial e operacional, ampliando a capacidade de produção, conquistando grande parte do mercado do segmento, e foi superando as dificuldades apresentadas.

Porém, a Requerente, assim como a maioria das empresas brasileiras do seu segmento, sofreu nos últimos anos com:  a redução do crédito e com o aumento das taxas de juros; a nova crise econômico-financeira no mercado nacional, que também atingiu diretamente o setor da empresa; as sucessivas greves dos caminhoneiros (que geraram prejuízos nas entregas, bem como alguns cancelamentos de pedidos); a inadimplência dos clientes; a retração econômica no país; a alta da inflação e do dólar, que ao que tudo indica serão ainda mais agravados diante do recente pedido de impeachment da Presidenta.

Corroborando os fatos acima, colaciona-se, a seguir, notícias veiculadas nos anos 2015, em sites e jornais de grande circulação:

Em **21.10.2015,** foi publicada notícia no site "http://www.investimentosenotícias.com.br" intitulada: **"Setor têxtil acumula mais de 14 mil demissões em oito meses",** como se verifica a seguir:

"O Sinditêxtil-SP (Sindicato das Indústrias de Fiação e Tecelagem do Estado de São Paulo) acaba de divulgar números do setor têxtil e de confecção paulista coletados durante os oito primeiros meses deste ano (janeiro a agosto). **No que diz respeito a empregos, o setor têxtil e de confecção paulista já acumula 14.118 demissões, nos primeiros oito meses de 2015, contra 1.465 empregos gerados no mesmo período de 2014. O saldo de postos de trabalho em agosto foi negativo em 3.993, contra 666 negativos em igual mês do ano passado.**
Alfredo Bonduki, presidente do Sinditêxtil-SP, alerta que, somente neste ano, o setor deve desempregar mais de 100 mil trabalhadores em todo o País. **"Caso persistam os problemas econômicos e políticos do País, teremos mais números recordes de**

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

9

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

**KEPPLER** | advogados associados

fechamento de empresas e perda de empregos, tornando inútil o sacrifício da sociedade para prover um ajuste fiscal feito de modo equivocado. **É preciso que os poderes Executivo e Legislativo assumam a responsabilidade por seus atos e decisões**", explica.

**Comércio Exterior**

As importações de têxteis e confeccionados no Estado de São Paulo, no acumulado entre janeiro e setembro deste ano, diminuíram 8,5% em valor (US$), passando de US$ 1,36 bilhão para US$ 1,26 bilhão. Já as exportações caíram 15,5%, passando de US$ 287 milhões para US$ 242 milhões. O déficit na balança comercial foi 7,07% menor em relação ao mesmo período de 2014 (dados sem fibra de algodão). Somente as importações de vestuário, nos primeiros nove meses de 2015, diminuíram 1,38% em valor, se comparado com o mesmo período de 2014. Em toneladas, essa variação foi de 2,50% maior.

**Produção Física**

De janeiro a agosto deste ano, na comparação com igual período de 2014, a produção física do segmento têxtil do Estado de São Paulo teve queda de 12,1% e a do vestuário, de 14,8%. A indústria de transformação como um todo apresentou recuo de 9,7%. Já no comparativo entre agosto de 2015 e agosto de 2014, o setor têxtil apresentou queda de 20,8% e o de vestuário teve queda de 18,4% em sua produção. (...)

**Varejo**

No acumulado de janeiro a julho de 2015, em relação ao mesmo período de 2014, o volume de vendas caiu 6,4% e a receita nominal, 3,7%. No comparativo entre junho de 2015 e o mesmo mês de 2014, houve redução de 12,2% em volume de vendas e de 8,5% na receita nominal. (Redação - Agência IN)" *(g.n.)*

No site da ABIT – Associação Brasileira da Indústria Têxtil e de Confecção (www.abit.org.br) foi publicada em **29.10.2015 (18h32)** notícia denominada **"Varejo atinge pior desempenho desde 2007",** como segue:

"Novamente, o IAV-IDV registrou queda nas vendas reais em setembro, desta vez de 7,4%, em comparação com o mesmo mês do ano anterior, atingindo seu pior desempenho desde o início da medição, em outubro de 2007. Este resultado deve-se, principalmente, à instabilidade e à deterioração dos principais indicadores econômicos que direcionam o consumo. O índice é calculado com base nas projeções dos associados do Instituto.

Em agosto, o IAV-IDV fechou com queda real de 7,2%, antecipando novamente em um mês o resultado da Pesquisa Mensal do Comércio (PMC), divulgado em 14 de outubro pelo IBGE. Este resultado foi 0,3 ponto percentual abaixo da estimativa do IAV.

**Para este e os próximos dois meses, os associados do IDV indicam a continuidade da retração no faturamento real, em comparação com os mesmos períodos do ano anterior, com quedas de 2,62% em outubro, 2,26% em novembro e 2,53% em dezembro.**

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394. Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

fls. 11

**KEPPLER** | advogados associados

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

Todos os segmentos tiveram decrescimento de vendas em agosto, mas novamente o de bens duráveis foi o que mais colaborou com o resultado negativo do índice, com queda nas vendas de 12,7%. O IAV-IDV ainda aponta decrescimento neste setor para outubro, novembro e dezembro, de 3,4%, 2,9% e 2,1%, respectivamente.

Já o segmento de semiduráveis, que inclui vestuário, calçados, livrarias e artigos esportivos, apresentou queda real de 6,2% em setembro. A expectativa para os próximos meses, em relação aos mesmos períodos do ano anterior, é de quedas de 3,1% em outubro, 5,6% em novembro e 1,9% em dezembro.

"A deterioração dos pilares macroeconômicos que direcionam o consumo tem influenciado diretamente para o baixo desempenho do varejo desde o 3º trimestre do ano passado. **Com agravamento do cenário em 2015, o IAV-IDV já acumula no ano, até setembro, retração real de 2,6%. Já o resultado do 3º trimestre de 2015, comparado com o mesmo período de 2014, aponta decrescimento de 5,9%**", comenta Luiza Helena Trajano, presidente do IDV." **(g.n.)**

Também no site da ABIT – Associação Brasileira da Indústria Têxtil e de Confecção (www.abit.org.br) foi veiculada em **05.11.2015 (17h30)** notícia intitulada **"Produção industrial têxtil caiu mais do que a indústria de transformação em setembro"**, como segue:

"Rafael Cervone, presidente da Associação Brasileira da Indústria Têxtil e de Confecção (Abit), salienta que medidas restritivas adotadas pelo governo, falta de rumo na política econômica e crise política, conforme previsto, só aumentam a recessão, derretem o emprego e não permitem a retomada do crescimento.

**Em setembro último, na comparação com igual período do ano anterior, a produção têxtil brasileira caiu 22,5% e a de confecção, 13,6%. Recuos do setor superaram o da indústria de transformação como um todo, que foi de 12,6%. Dados acabam de ser divulgados pelo IBGE.**

**No acumulado de 2015, a indústria de transformação apresentou queda de 9,2%, os têxteis de 12,8% e os confeccionados de 10,3%. Nos últimos 12 meses, o recuo foi, respectivamente, de 8,2%, 11,6% e 8,8%. Em relação a agosto de 2015, a queda de produção foi de 1,5%, 1% e 4,2%.**

"Os números evidenciam que a falta de rumo na política econômica, aliada a uma grave crise política, com juros altos, restrição do crédito e, ainda por cima, com aumento da carga tributária, está surtindo o efeito previsível, ou seja, de aumento da recessão", salienta Rafael Cervone, presidente da Abit. Para ele, "a solução concreta para a retomada do crescimento exige mudança séria e profunda da cultura governamental, reduzindo o tamanho do Estado, melhorando a eficiência dos gastos públicos e construindo uma agenda concreta de longo prazo, possibilitando e estimulando a retomada da economia e dos investimentos". **(g.n.)**"

11

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

Este documento foi assinado digitalmente por Ieda Maria Monteiro. Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

Extrai-se, ainda, de recente notícia veiculada em 30/11/2015 - 17:41, via site do Valor Econômico, intitulada "**Dólar reage à piora do cenário político e fiscal e fecha em alta**" (**Por Silvia Rosa**), o seguinte:

"**SÃO PAULO -** O dólar encerrou o último dia do mês em forte alta frente ao real, reagindo à piora do cenário político e fiscal e ao aumento da preocupação com o impacto da crise no BTG Pactual para o sistema financeiro, após o ministro do Supremo Tribunal Federal (STF), Teori Zavascki, ter decido alterar a prisão do principal acionista do banco, André Esteves, de temporária para preventiva.

O dólar comercial subiu 1,68%, encerrando a R$ 3,8854. Com isso, a moeda americana encerra o mês em alta de 0,63% e acumula valorização de 46,09% no ano.

(...)

Analistas também afirmam ter verificado uma demanda maior por dólar por parte dos investidores estrangeiros.

O mercado reflete a preocupação com o cenário fiscal e com o impacto da crise no banco BTG Pactual para o sistema financeiro.

Após não conseguir aprovar a revisão da meta de superávit primário para este ano, o governo anunciou hoje o contingenciamento de R$ 11,2 bilhões em despesas discricionárias. O contingenciamento total do Poder Executivo pode atingir R$ 89,6 bilhões em 2015.

O governo reportou hoje déficit de R$ 11,53 bilhões do setor público consolidado em outubro, o que piorou o déficit em 12 meses para 0,71% do PIB.

(...)

Além da incerteza em relação ao cenário fiscal, aumenta o temor de que os problemas no banco BTG Pactual, após a prisão do seu sócio controlador André Esteves na semana passada, possam impactar o sistema financeiro.

(...)

Para o Arnaldo Curvello, diretor de gestão de recursos da Ativa Corretora, o fato do BTG não ser um banco de varejo contribui para controlar os passivos de forma mais eficiente. "Não acho que tem um risco de solvência para o sistema financeiro no curto prazo. O que tem é uma reavaliação de risco e uma crise de confiança generalizada, uma vez que o BTG é um dos bancos brasileiros mais conhecidos no exterior", diz.

Curvello lembra que a prisão do senador Delcídio Amaral (PT-MS), líder do governo no Senado, também traz dúvidas sobre a capacidade do governo em conseguir aprovar as medidas fiscais. (**g.n.**)

12

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

fls. 13

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

Em 01/12/2015 (11h59 - Atualizado às 12h32) foi noticiado no site da Folha de S.Paulo que "**PIB encolhe 5,8% desde 2014 e Brasil tem pior recessão desse o Plano Real**", como segue:

"A economia brasileira começou a encolher no segundo trimestre de 2014, embora os efeitos cotidianos da recessão, como o desemprego, só tenham ficado mais evidentes neste ano.

**Com os números do trimestre passado, divulgados nesta terça-feira (1), o PIB (Produto Interno Bruto, medida da produção e da renda nacional) acumula queda de 5,8% ao longo de um ano e meio.**

Recessões do Real

**A recessão atual já é a mais longa desde o lançamento do Plano Real, em 1994, e até o final do ano se tornará a mais intensa, ultrapassando a retração de 6% na virada de 2008 para 2009.**

**O país só viu números piores em momentos de choques econômicos. Na virada dos anos 1980 para os 1990, houve encolhimento de 7,7% ao longo de 11 trimestres -num período em que a inflação chegou à casa dos 80% mensais e o Plano Collor confiscou o dinheiro dos depósitos bancários.**

Entre as principais economias globais, o fiasco nacional só é superado neste ano por Rússia e Ucrânia, envolvidas em conflitos armados, e pela Venezuela, que vive o colapso do chavismo.

Não há nada de tão espetacular, entretanto, na recessão doméstica em curso: trata-se de um processo construído com persistência ao longo do primeiro mandato da presidente Dilma Rousseff.

**Gradualmente, a escalada gastadora e intervencionista do governo alimentou a inflação, a dívida pública e as incertezas de consumidores e empresários, que frearam compras e cortaram investimentos.**

PIB - Tri. x tri. imediatamente anterior, em %

Quando a administração petista finalmente decidiu ajustar as contas públicas, após a reeleição, a arrecadação havia despencado, os juros haviam subido e o apoio do Congresso havia desaparecido.

**A saída da crise não está à vista. Nos últimos meses, as causas da recessão permaneceram inalteradas ou até se agravaram.**

Os preços dos produtos de exportação continuam em queda; as expectativas de inflação em 2016 pioraram, levando o Banco Central a indicar a possibilidade de uma nova alta dos juros.

E o cenário político, para o qual não há métrica disponível, certamente não se tornou menos nebuloso."
(http://www1.folha.uol.com.br/mercado/2015/12/1713386-pib-encolhe-58-em-seis-trimestres-na-pior-recessao-durante-o-plano-real.shtml). **(g.n.)**

13

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394. Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código RmgOBf5o.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

fls. 14

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

Em 07/12/2015 (09:08 – Por Ana Conceição) foi noticiado no site do Valor Econômico que: **"Aposta para inflação sobe e mercado vê Selic em 14,25% até fim de 2016"**, como segue:

> **"SÃO PAULO -** As expectativas dos analistas de mercado para a inflação continuam a se deteriorar e agora não esperam mais qualquer redução na taxa de juros ao longo do próximo ano, de acordo com o boletim Focus, do Banco Central (BC).
>
> **A mediana das estimativas para o aumento do Índice Nacional de Preços ao Consumidor Amplo (IPCA) de 2015 foi revista para cima pela 12ª semana, de 10,36% para 10,44%.** Após uma pausa na semana passada, a mediana para a inflação em 2016 voltou a subir, de 6,64% para 6,70%, taxa acima do teto da meta perseguida pelo BC, de 6,5%. A mediana em 12 meses foi ajustada para baixo, de 7,08% para 6,99%, mas ainda segue bem acima do teto da meta.
>
> A piora das previsões para o resultado do IPCA acompanham aumento nas estimativas para o reajuste dos preços administrados, de 17,65% neste ano e de 7,35% no próximo.
>
> **Com a inflação em alta, os analistas ajustaram suas projeções para a taxa básica de juros. A mediana das estimativas para o custo do dinheiro em 2016 saiu de 14,13% para 14,25%, que é o patamar atual da taxa.** Divulgada na semana passada, a ata da última reunião do Copom no ano mostrou uma postura do colegiado mais inclinada a uma elevação dos juros. No documento, o BC destacou que o objetivo da política monetária é fazer a inflação convergir para a meta de 4,5% em 2017 e que adotará as medidas necessárias para esse fim. Após a divulgação da ata, levantamento realizado pelo **Valor** mostrou que dez entre 17 economistas consultados esperam elevação dos juros em 2016. Para esse grupo, a primeira ação do BC nesse sentido deve ocorrer já na reunião de janeiro, com uma alta de 0,50 ponto percentual na Selic, para 14,75% ao ano.
>
> (...)
>
> **Atividade econômica**
>
> Após a divulgação de um desempenho do Produto Interno Bruto (PIB) pior que o esperado no terceiro trimestre, **os analistas de mercado esperam uma contração maior na economia em 2015 e no calendário seguinte**.
>
> A mediana das estimativas para o resultado do PIB de 2015 saiu de queda de 3,19% para recuo de 3,50%. Essa retração vai carregar um efeito negativo ainda maior para 2016, quando a economia deverá ter contração de 2,31%, ante queda de

14

Este documento foi assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394, informe o processo 1001703-09.2015.8.26.0394 e código RmgQBf5o.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 e código B9F8-8681-F8CD-5372.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código RmgQBf5o.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.



Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

2,04% esperada anteriormente.

(...)

Após a divulgação desses números, além de revisarem para baixo as expectativas para este ano, muitos economistas refizeram as contas para 2016 e agora esperam um recuo próximo a 3%, embora essa previsão ainda não apareça na mediana do boletim semanal do BC." **(g.n.)**

Em razão de todos os eventos acima referidos, a empresa chegou a uma situação insustentável, ficando incapaz de gerar faturamento suficiente para arcar com o pagamento das dívidas assumidas (com fornecedores e instituições financeiras), sem uma reestruturação, que ora se faz necessária.

Não se pode olvidar, como visto, que a crise financeira e a instabilidade econômica no país afetam novamente o mercado nacional - **sem se falar nos elevados *spreads* bancários**, que também geram instabilidade à Requerente, em conjunto com os fatos acima citados.  Assim vejamos:

## II.   DOS ELEVADOS "SPREADS" E ENCARGOS BANCÁRIOS

Cabe frisar que, nos últimos anos, como a maioria das empresas no Brasil -, a Requerente passou a tomar crédito perante as instituições financeiras para, inclusive, investir na sua operação, fazendo-o com o intuito de poder melhor atender à demanda e o maior rigor do mercado, de seus fornecedores e dos clientes.

Ademais, é fato que a Requerente também enfrentou problemas operacionais e comerciais, como acima abordados, sendo que sua margem de resultados foi ainda mais prejudicada por problemas específicos de sua atividade.

Igualmente, é importante destacar alguns fatos relevantes e que implicam na caracterização da evidenciada boa-fé da Requerente:

**a)** A Requerente nunca agiu com má conduta e sempre esteve em endereço fixo, com a presença de suas sócias e administrador, que nem nos momentos de crise deixaram de estar à frente da empresa, trabalhando diariamente e se expondo, inclusive perante seus credores e clientes;

**b)** A Requerente possuía linhas e limites de crédito perante as instituições financeiras, que lhe forneceram recursos durante bom tempo, principalmente para crédito rural, capital de giro e linhas de câmbio.  E como se sabe, o sistema bancário

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

15

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

**KEPPLER** | advogados associados

brasileiro vem reduzindo linhas de crédito para o setor produtivo, querendo, simplesmente, liquidar as operações correntes, não renovando as linhas nos moldes anteriormente concedidos, e impondo repactuações com difíceis condições (redução de prazo de pagamento, elevação de taxas/encargos, etc.), implicando no enriquecimento indevido do setor financeiro, em detrimento do setor produtivo nacional;

**c)** a elevação dos juros e encargos financeiros que atingiu diretamente a Requerente, deixando-a fragilizada em razão do alto custo, além de todos os custos operacionais envolvidos (salários, encargos da folha, elevação do custo de energia, combustível, frete, telefone, dentre outros, afora a elevada carga tributária brasileira). Nesse contexto, os juros praticados pelo mercado financeiro nos últimos anos, atingiram pico inimaginável, sendo o *spread* bancário brasileiro considerado o maior do mundo, qual seja aproximadamente 25% maior do que a média mundial.

Especificamente no Brasil, o *spread* bancário é composto pelo lucro, taxa de inadimplência, custos administrativos, depósitos compulsórios e tributos cobrados pelo governo federal.

**Em notícia veiculada no site do Jornal Valor Econômico de 26.02.2015 e intitulada "Bancos recompõem os spreads",** verifica-se o atual panorama dos *spreads* praticados pelos bancos brasileiros, que atingiram o maior valor desde março de 2012, conforme trechos abaixo, o que permanece sendo noticiado pela mídia diariamente desde então:

*"***As margens cobradas pelos bancos nos empréstimos a empresas e famílias em janeiro foram as maiores desde março de 2012***, quando a presidente Dilma Rousseff determinou que as instituições oficiais fizessem um corte radical nos spreads para injetar mais competição no sistema e forçar os bancos privados a seguir o mesmo caminho. **Dados divulgados ontem pelo Banco Central (BC) mostram que o spread nas operações de crédito livre foi de 27,5 pontos percentuais no mês passado. Este é o maior valor desde março de 2012, quando estava em 27,9 pontos.**"*

*(...)*

*" A estratégia do governo de fazer uma baixa forçada do spread e reduzir os lucros dos bancos, porém, teve vida curta, mostram os dados do BC. **Os spreads cobrados dos clientes vinham subindo desde meados de 2013, com o aperto da Selic pela autoridade monetária e, a partir de 2014, os bancos federais voltaram a subir os juros para recompor a rentabilidade. Neste começo de ano, depois que o ministro da Fazenda, Joaquim Levy, assumiu com o compromisso de não colocar mais capital nos bancos públicos, essas instituições aceleraram um pouco mais a recomposição dos spreads.** A Caixa, além de aumentar os juros do crédito livre, reajustou as taxas cobradas em linhas de crédito direcionado, como imobiliário. Em janeiro, os spreads do*

16

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.



Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

*crédito livre deram mais um salto, passando de 25,6 pontos para 27,5 pontos percentuais, na comparação com dezembro. O spread do crédito direcionado também avançou, de 2,7 pontos para 2,9 pontos. O chefe do Departamento Econômico do BC, Túlio Maciel, ponderou que uma parte da alta do spread se deve a um efeito estatístico - em janeiro, as famílias se endividam mais no cheque especial, que tem taxas mais altas. Mas os dados mostram que essa não é a principal explicação. **A margem dos bancos no crédito livre a pessoas jurídicas, por exemplo, subiu de 24,2 pontos para 25,2 pontos percentuais. O BC não abre o spread por modalidade de crédito, mas há evidências de que cresceu de forma generalizada.** O custo de captação dos bancos nas operações com pessoas físicas recuou de 12,3% ao ano para 12,1% entre dezembro e janeiro. Mas os juros finais aumentaram até mesmo nos empréstimos consignados para servidores públicos (de 20% ao ano para 20,4% ao ano) e para beneficiários do INSS (de 28% para 28,4%).*

*Para Maciel, pelo menos parte da alta do spread se deve aos efeitos do aperto monetário. **Pesquisas feitas pelo BC mostram que as altas de juros básicos se transmitem para o crédito sobretudo no custo de captação, mas também influenciam os spreads** - provavelmente porque juros mais altos aumentam os riscos de inadimplência."*          *(g.n.)*

Outrossim, em razão da crise econômica, a redução do crédito foi imediata, bem como o aumento do custo do mesmo – do escasso crédito remanescente – o que atingiu, por consequência, a economia do ponto de vista do desempenho, de total oscilação e instabilidade, ocorrendo forte e abrupta desaceleração nas maiores economias do mundo, estando algumas ainda em estado de recessão.

Ademais, a inflação ressurgiu e vem aumentando rapidamente, além de outros fatores recentes demonstrando a grave cadeia de corrupção, e inúmeros protestos contra o governo no último período, agravados pelo recente pelo de impeachment da Presidenta, que estão trazendo maior instabilidade política, financeira e econômica ao país, que está em plena recessão.

Os fatos acima foram retratados pela mídia em geral, conforme se observa dos documentos anexos **(Doc. 05)**.

Oportuno lembrar que outros fatores já vinham ocorrendo e também contribuíram para a atual situação enfrentada pela Requerente, quais sejam:

**a)** a sistemática adotada nos últimos anos pelo Governo Brasileiro para conter a inflação e a elevação da taxa SELIC - numa receita perversa para manter a inflação sob controle -, foi estratégia de todo equivocada que impediu o crescimento do

17

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 10017030920158260394 e código Rmg0Bf5o.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

fls. 18

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

Brasil e prejudicou inúmeras empresas nacionais.

**b)** nos últimos meses, o câmbio elevado trouxe outras sérias consequências ao mercado em geral.

**c)** a política econômica nacional, culminada pelo fato do Governo Federal ter procrastinado um ajuste fiscal/tributário suportável aos empresários em geral, o que vem sendo agravado pela crise política instalada no país no último período.

Dessa forma, a somatória de todos os itens narrados na presente comprometeu a situação da Requerente, cessando seu capital de giro próprio e colaborando para uma iminente situação de inadimplência, ao ver-se impedida de cumprir em dia tantos compromissos, em prazos e condições que lhe impedem o pagamento - o que poderá dificultar, no curto prazo, as suas operações econômico-financeiras.

Nesse sentido, visando a recuperação da viabilidade econômico-financeira dos seus negócios, a Requerente está tomando providências visando a reestruturação de sua operação, com foco na renegociação dos seus passivos e pagamento de todos os seus credores.

Tal situação exige da mesma diversos esforços, que restarão enumerados no plano de recuperação que apresentará no prazo legal.

Apesar das dificuldades relatadas, a Requerente entende que essa situação é transitória e têm a convicção que terá condições de transpassá-la, a fim de arcar com seus compromissos.

Cabe ressaltar que a Requerente se consubstancia como empresa de importância em seu segmento, com grande atuação no mercado, além de usufruir de respeito junto a seus clientes e fornecedores.

Nessa linha, o sucesso de suas operações depende da recomposição de seu fluxo de caixa, de uma economia aquecida e sem sobressaltos, bem como da capacidade de compra dos clientes/público consumidor de seus produtos.

Além das questões acima, há que se reiterar o importante aspecto social, qual seja, de que a empresa mantém **190 funcionários** diretos **(Doc. 08),** além de outros inúmeros colaboradores indiretos.

18

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

**KEPPLER** | advogados associados

Tamanha é a preocupação das sócias e do administrador da Requerente com o aspecto social, que tem envidado os esforços possíveis para manutenção do quadro de funcionários; e, apesar de ter havido algumas dispensas recentes,  as mesmas foram necessárias à reestruturação operacional ora em curso, face às dificuldades noticiadas.

Desse modo, a finalidade da Requerente é de superar a crise econômico-financeira pontual que ora vivencia, visando à manutenção da sua capacidade operacional, a manutenção do maior número de empregos possível, bem como visando a preservação da empresa, os interesses de seus credores e a geração de tributos e riquezas, mantendo-se em atividade, exercendo, assim, sua função social e estimulando a atividade econômica, tudo na forma disposta no artigo 47 da Nova Lei de Falências e Recuperação de Empresas.

Enfatize-se, portanto, que o legislador falimentar pretendeu dar ampla vigência às diretrizes impostas pelos princípios constitucionais da função social da propriedade e do incentivo à atividade econômica (Constituição Federal, artigos 170, II e 174).

### III.    DO PREENCHIMENTO DOS REQUISITOS DO ART. 48 , INCISOS I a IV, DA LEI 11.101/05

**A Requerente preenche os requisitos do artigo 48, incisos I a IV, da Lei 11.101/05** para requerer sua Recuperação Judicial, vez que: é empresa fundada há mais de 2 (dois) anos, **em 1975, ou seja, há mais de 40 (quarenta) anos.**

**A Requerente jamais faliu e jamais obteve a concessão de Recuperação Judicial** (anexas as respectivas **Certidões Negativas de Falências e Recuperações Judiciais em nome da empresa, das suas sócias e de seu administrador (Doc. 03).**

Ademais, ora se anexa as Certidões Negativas Criminais da Requerente-Devedora e de suas sócias, bem como a Declaração de Desimpedimento e de Inexistência de Condenação Criminal firmada pelo seu Administrador **(Doc. 04), para fins do art. 48, inciso IV, da Lei 11.101, de 09/02/2005 e do artigo 1.011, parágrafo primeiro, da Lei 10.406, de 10/01/2002**.

Cumpre observar ainda que a Requerente é Sociedade Empresária,

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

fls. 20

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

**KEPPLER** | advogados associados

conforme Certidão da Junta Comercial do Estado de São Paulo **(Doc. 09)**, tendo, por consectário, legitimidade ativa para o pleito de Recuperação.

Restam preenchidos, assim, os requisitos relativos à idoneidade e regularidade da Requerente, de suas sócias e seu administrador, inclusive anexando-se os Comprovantes de Inscrição no CNPJ das mesmas **(Doc. 09)** e de Situação Cadastral no CPF perante a Secretaria da Receita Federal em nome deste **(Doc. 17)**, o que reforça a sua idoneidade e caráter ilibado, que tudo tentam viabilizar para liquidar a dívida da empresa no prazo possível, culminando, sem outra alternativa, com o presente pedido de processamento de Recuperação Judicial.

Desta forma, é fato que a Requerente se enquadra no atual intuito da nova lei, bem como preenche os pressupostos contidos no seu artigo 48 e incisos, a fim de que lhe seja concedido prazo e condições especiais para o pagamento de suas obrigações vencidas e vincendas, conforme autoriza o artigo 50, inciso I, da referida lei.

IV.    **DOS DOCUMENTOS PREVISTOS NO ART. 51, INCISOS I A IX, DA LEI 11.101/05**

A Requerente, ainda, instrui a presente inicial com o cumprimento de todos os requisitos e documentos necessários, previstos no art. 51, incisos I a IX da Lei 11.101/05, quais sejam:

I – a exposição das causas concretas da situação patrimonial da devedora e das razões da crise econômico-financeira: na forma referida na presente inicial e conforme documentos anexos (**Doc. 05**);

II – as demonstrações contábeis relativas aos 3 (três) últimos exercícios sociais e as levantadas especialmente para instruir o pedido, confeccionadas com observância da legislação societária aplicável e compostas obrigatoriamente de: a) balanço patrimonial; b) demonstração de resultados acumulados; c) demonstração do resultado desde o último exercício social; d) relatório gerencial de fluxo de caixa e de sua projeção - **A Requerente observa que possui sistema de arquivos contábeis digitais (SPED), ficando à disposição para apresenta-los, caso seja necessário, anexando neste ato os respectivos Recibos de Entrega (Doc. 06);**

III – a relação nominal completa dos credores, com a indicação do CNPJ e endereço de cada um, a natureza, a classificação do crédito e o valor, discriminando sua origem e os

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

20



Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

respectivos vencimentos. **A Requerente anexa a Relação de Credores existentes da Classe I - Credores Trabalhistas, Classe II - Credores com garantia real, Classe III – Credores Quirografários e Classe IV – Pequenas e Médias Empresas (Doc. 07);**

IV – relação integral dos empregados, em que constem respectivas funções e salários. **A Requerente anexa como documento sigiloso, na forma do pedido final (Doc. 08);**

V – certidão de regularidade da devedora no Registro Público de Empresas, o contrato social e alteração consolidada, na qual consta a nomeação do atual administrador da devedora **(Doc. 09)**;

VI – relação dos bens particulares das sócias da devedora – **a Requerente anexa como documentos sigilos, na forma do pedido final (Doc.10)**.

VII – os extratos atualizados das contas bancárias da devedora **(Doc. 11)**;

VIII – certidões de cartórios de protestos situados na comarca do domicílio/sede (matriz e filiais) da devedora **(Doc. 12);**

IX – relação, subscrita pela devedora, de ações judiciais em que esta figure como parte, inclusive as de natureza trabalhista, com a estimativa dos respectivos valores demandados **(Doc. 13)**.

Ademais, encontram-se inclusos outros documentos e certidões forenses e certidões negativas de protesto em nome das suas sócias e do seu administrador **(Docs. 15 a 17)**.

**V.     DO PEDIDO**

Ante o exposto, e considerando que o presente pedido obedece ao disposto na legislação de regência, bem como que todos os documentos ora juntados **(Docs. 01 a 17)** estão de acordo com os artigos 48 e 51, e incisos, da Lei 11.101/05, a Requerente servem-se da presente para requerer se digne Vossa Excelência a:

a) **Deferir o processamento do pedido de Recuperação Judicial da empresa**, nos termos do artigo 52 do mesmo diploma, nomeando administrador judicial, determinando a publicação de Edital para conhecimento dos credores, e aguardando-se pelo prazo legal a apresentação do plano de recuperação judicial;

21

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento é cópia do original, assinado digitalmente, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

Rua Bento de Andrade, 421
Jardim Paulista
CEP 04503-011- São Paulo - SP
Fone / Fax (11) 3888.9819
advocacia@keppler.adv.br

b) Determinar, com base no art. 6º. da LFR, a suspensão das ações e execuções contra a Requerente;

c) Determinar a dispensa da exigência de apresentação de Certidões Negativas para atos que visem o pleno exercício e continuidade das atividades da empresa, bem como para viabilizar a presente recuperação judicial;

d) Invocando as garantias constitucionais à proteção da intimidade e ao sigilo fiscal, protesta pela juntada como documentos sigilosos:

d.1.) da Relação de Empregados, Cargos e Salários (art. 51, inciso IV), em petição apartada a ser depositada diretamente no I. Cartório deste D. Juízo, diante de seu caráter sigiloso e pessoal, requerendo seja autuada como documento sigiloso (**Doc.08**);

d.2.) da Relação de bens das sócias (art. 51, inciso VI), em petição apartada a ser depositada diretamente no I. Cartório deste D. Juízo, diante de seu caráter sigiloso e pessoal, requerendo sejam autuadas como documentos sigilosos (**Doc.10**);

Protesta a Requerente pela apresentação de outros documentos que V.Exa. entenda necessários.

Por fim, requer que todas as intimações relativas ao presente pedido sejam feitas em nome dos advogados **Roberto Carlos Keppler, inscrito na OAB/SP sob nº 68.931 e Simone Zaize de Oliveira, inscrita na OAB/SP sob no. 132.830**, com escritório na Rua Bento de Andrade, 421, Jardim Paulista, CEP 04503-001, São Paulo/SP.

Dá-se à causa, para fins de alçada, o valor de R$ 100.000,00 (cem mil reais), requerendo-se a juntada da anexa guia comprobatória do recolhimento da respectiva taxa judiciária (custas judiciais – **Doc.02**).

Termos em que,
Pede Deferimento.
Nova Odessa, 09 de dezembro de 2015.

**Roberto Carlos Keppler**          **Simone Zaize de Oliveira**          **Jorge Nicola Junior**
**OAB/SP 68.931**                    **OAB/SP 132.830**                    **OAB/SP 295.406**

Este documento foi assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1001703-09.2015.8.26.0394 e código Rmg0Bf5o.

Este documento é cópia do original, assinado digitalmente por JORGE NICOLA JUNIOR, protocolado em 09/12/2015 às 21:10 , sob o número 10017030920158260394.
Para conferir o original, acesse o site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código B9F8-8681-F8CD-5372.


# PROTOCOLO DE ASSINATURA(S)

O documento acima foi proposto para assinatura digital na plataforma Certisign Assinaturas. Para verificar as assinaturas clique no link: https://assinaturas.certisign.com.br/Verificar/B9F8-8681-F8CD-5372 ou vá até o site https://assinaturas.certisign.com.br e utilize o código abaixo para verificar se este documento é válido.

## Código para verificação: B9F8-8681-F8CD-5372



**Hash do Documento**

0C06CA6C14081CED33445FEB3D9960CC88C9C48AAC3D85F8E3FD1BB6A9971757

O(s) nome(s) indicado(s) para assinatura, bem como seu(s) status em 27/03/2025 é(são) :

☑ Ieda Maria Monteiro - 077.542.738-10  em 27/03/2025 07:40 UTC-03:00
**Tipo:** Certificado Digital

