# EXHIBIT C



**IEDA MARIA MONTEIRO**
Tradutora Pública e Intérprete Comercial
- Inglês –

| | |
|---|---|
| Matr. na Jucesp sob nº 1021 | CCM nº   2.968.720-9 |
| C.P.F. nº 077.542.738-10 | INSS nº 11393830140 |
| R.G nº 11.604.191 | |

Nº da tradução/versão: 25.03.168.26        Livro nº CLXVIII        fls. 132

I, the undersigned, in my capacity as sworn translator in São Paulo, State of São Paulo, Brazil, have duly translated into English the following document written in Portuguese "***TERMO DE COMPROMISSO DE ADMINISTRADOR JUDICIAL***", which bears my seal and signature.

[*Document presented in pages numbered from 492 and 497*]

[*Document bears the following information on the side: This document was released in the records on 1/15/2016 at 11:14 a.m. by Renata de Souza Carnecini Rodrigues, and is a copy of the original digitally signed by GABRIEL BALDI DE CARVALHO. To check the original, access the website https://esaj.tjsp.jus.br/esaj, insert the proceeding number 1001703-09.2015.8.26.0394 and the code EEF4F9.*]

[*Document bears the following information on the side: This document is a copy of the original, digitally signed by SILVIA APARECIDA BUENO RIVABEM, released in the records on 1/18/2016 at 6:31 p.m. To verify the original document, access https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, insert the proceeding number 1001703-09.2015.8.26.0394 and the code 5nUEa3EH.*]

[*Logo of the Court of Justice of São Paulo*]

**COURT OF JUSTICE OF THE STATE OF SÃO PAULO**
JUDICIAL DISTRICT OF NOVA ODESSA
JURISDICTION OF NOVA ODESSA
1ST JUDICIAL COURT
Avenida Carlos Botelho, n° 902, Centro - CEP 13460-000, Phone: (19) 3466-5997, Nova Odessa-SP
E-mail: novaodessa1@tjsp.jus.br
**Customer Service Hours: from 12:30 p.m. to 07:00 p.m.**

**BANKRUPTCY TRUSTEE AGREEMENT**

| | |
|---|---|
| Digital Proceeding No.: | **1001703-09.2015.8.26.0394** |
| Class - Subject: | **Court-Supervised Reorganization - Bankruptcy Proceeding** |
| Petitioner: | **Guerreiro Indústria, Comércio, Importação e Exportação Ltda.** |
| Defendant: | **LOCAL COURT** |

The Honorable Judge of the 1st Court of the Jurisdiction of Nova Odessa, Gabriel Baldi de Carvalho, determined the drawing up of this instrument, according to the decision rendered on 12/18/2015 (pages 406/408) which appointed as **BANKRUPTCY TRUSTEE**:



# IEDA MARIA MONTEIRO
Tradutora Pública e Intérprete Comercial
- Inglês –

Matr. na Jucesp sob nº 1021　　　　　　　　　　　　　　　　　　　CCM nº   2.968.720-9
C.P.F. nº 077.542.738-10　　　　　　　　　　　　　　　　　　　　　INSS nº 11393830140
R.G nº 11.604.191

Nº da tradução/versão: 25.03.168.26　　　Livro nº CLXVIII　　　　fls. 133

**KPMG CORPORATE FINANCE LTDA, with head office at Rua Arquiteto Olavo Redig de Campos, 105, 10° andar - Torre A - CEP 04711-904, São Paulo/SP, phone No. (11) 3940-8273, represented by Osana Maria da Rocha Mendonça, Brazilian citizen, holder of identity card No. 16.420.790-9, enrolled with CPF under No. 108.028.458-35 and enrolled with the Brazilian Bar Association under No. 122.930/SP, with business address at Rua Arquiteto Olavo Redig de Campos, 105,10° andar - Torre A - CEP 04711-904, São Paulo/SP.**

The Honorable Judge has granted to it the commitment of faithfully performing the duty of Bankruptcy Trustee and take over all responsibilities inherent thereto in the records of the aforementioned proceeding. After making an commitment on the date hereof, it promised to exercise the duty with absolute faithfulness, under penalty of Law 11,101/2005. NOTHING ELSE TO REPORT. This instrument was drawn up, and found to be in order, is signed. Nova Odessa, 1/13/2016.

[*Illegible signature*]
**KPMG CORPORATE FINANCE LTDA**
Bankruptcy Trustee
OSANA MARIA DA ROCHA MENDONÇA
OAB/SP No. 122.930

**DOCUMENT DIGITALLY SIGNED IN ACCORDANCE WITH LAW 11,419/2006, AS PRINTED ON THE RIGHT SIDE OF THE PAGE**

Further naught, I certify that the preceding is true, faithful and unabridged rendering into English of the original in Portuguese version. In witness whereof, I set my hand and seal in São Paulo, SP, Federative Republic of Brazil, this March 27, 2025.

São Paulo, March 27, 2025.

Este documento foi assinado digitalmente por Ieda Maria Monteiro.
Para verificar as assinaturas vá ao site https://assinaturas.certisign.com.br e utilize o código 3E1F-184B-7F37-8AE1.

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE NOVA ODESSA
FORO DE NOVA ODESSA
1ª VARA JUDICIAL
Avenida Carlos Botelho, nº 902, ., Centro - CEP 13460-000, Fone: (19) 3466-5997, Nova Odessa-SP - E-mail: novaodessa1@tjsp.jus.br
Horário de Atendimento ao Público: das 12h30min às19h00min

**TERMO DE COMPROMISSO DE ADMINISTRADOR JUDICIAL**

Processo Digital nº: **1001703-09.2015.8.26.0394**
Classe – Assunto: **Recuperação Judicial - Concurso de Credores**
Requerente: **Guerreiro Indústria, Comércio, Importação e Exportação Ltda.**
Requerido: **JUIZO DE DIREITO LOCAL**

O(A) MM. Juiz(a) de Direito da 1ª Vara Judicial do Foro de Nova Odessa, Dr(a). Gabriel Baldi de Carvalho, determinou a lavratura deste termo, conforme r. decisão proferida em 18/12/2015 (fls. 406/408) que nomeou **ADMINISTRADOR JUDICIAL** o(a) Sr(a):

**KPMG CORPORATE FINANCE LTDA**, sediada na Rua Arquiteto Olavo Redig de Campos, 105, 10º andar – Torre A - CEP 04711-904, São Paulo/SP, tel. (11) 3940-8273, representada por Dra. Osana Maria da Rocha Mendonça, brasileira, portadora da cédula de identidade nº 16.420.790-9, inscrita no CPF sob nº 108.028.458-35 e inscrita na Ordem dos Advogados do Brasil nº 122.930/SP, com endereço comercial na Rua Arquiteto Olavo Redig de Campos, 105, 10º andar – Torre A - CEP 04711-904, São Paulo/SP.

A quem o MM. Juiz deferiu o compromisso de bem e fielmente desempenhar o cargo de Administrador Judicial e assumir todas as responsabilidades a ele inerentes nos autos da ação em epígrafe. Prestado o compromisso, nesta data, prometeu exercer o cargo com absoluta fidelidade, sob as penas da Lei 11.101/2005. NADA MAIS. O presente termo foi lavrado e, achado conforme, segue assinado. Nova Odessa, 13/01/2016.

_____
**KPMG CORPORATE FINANCE LTDA**
Administradora Judicial
OSANA MARIA DA ROCHA MENDONÇA
OAB/SP nº 122.930

**DOCUMENTO ASSINADO DIGITALMENTE NOS TERMOS DA LEI 11.419/2006, CONFORME IMPRESSÃO À MARGEM DIREITA**



# PROTOCOLO DE ASSINATURA(S)

O documento acima foi proposto para assinatura digital na plataforma Certisign Assinaturas. Para verificar as assinaturas clique no link: https://assinaturas.certisign.com.br/Verificar/3E1F-184B-7F37-8AE1 ou vá até o site https://assinaturas.certisign.com.br e utilize o código abaixo para verificar se este documento é válido.

## Código para verificação: 3E1F-184B-7F37-8AE1



**Hash do Documento**

AA670B2489B82D3B395D246AFA8461772CE4DC4F46BD3BD83485CE0646EDCDC7

O(s) nome(s) indicado(s) para assinatura, bem como seu(s) status em 27/03/2025 é(são) :

☑ Ieda Maria Monteiro - 077.542.738-10  em 27/03/2025 07:40 UTC-03:00
**Tipo:** Certificado Digital

