**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re:<br><br>GUERREIRO INDÚSTRIA, COMÉRCIO, IMPORTAÇÃO E EXPORTAÇÃO LTDA.,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No.: _____ |

**STATEMENT OF THE FOREIGN REPRESENTATIVE AND LIST OF ADMINISTRATORS, PARTIES AND ENTITIES PURSUANT TO 11 U.S.C. §1515(c) AND RULE 1007(a)(4)(B)**

I, Osana Maria da Rocha Mendonça, pursuant to the requirements of the 11 U.S.C § 1515(c) and Federal Rule of Bankruptcy Procedure 1007(a)(4)(B), state as follows:

1. I am the court-appointed judicial administrator and duly-authorized foreign representative of the Brazilian proceeding (the "Brazilian Proceeding") of the above-captioned debtor, Guerreiro Indústria, Comércio, Importação e Exportação Ltda. ("Guerreiro" or the "Debtor"), pending before the 1st Court of the Judicial District of Nova Odessa, State of São Paulo, Brazil (the "Brazilian Court").

2. I respectfully submit this statement, as required by section 1515(c) of title 11 of the United States Code (the "Bankruptcy Code"), in support of the verified petition filed herewith seeking recognition by this Court of the Brazilian Proceeding as a foreign main proceeding.

**Identification of Foreign Proceedings Involving the Debtor**

3. Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to the best of my knowledge, the Brazilian Proceeding is the only known pending "foreign proceeding" with respect to the Debtor as that term is defined in section 101(23) of the Bankruptcy Code.

### List of Names and Addresses of Persons Authorized to Administer Foreign Proceedings

4. I am the only individual authorized to administer foreign proceedings of Guerreiro.

5. On December 18, 2015, I was appointed as the judicial administrator by the Brazilian Court. the Brazilian Court appointed KPMG as the Judicial Administrator. A true and correct copy of the Appointment is attached as **Exhibit C**, respectively, to the Foreign Representative Declaration filed contemporaneously forthwith.

6. I am the only duly-appointed Foreign Representative of Guerreiro.

7. My address is the following:

> Attn: Osana Maria da Rocha Mendonça
> KPMG Corporate Finance Ltda.
> Rua Verbo Divino, 1400 5° andar - Parte, Chacara Santo Antonio,
> CEP 04719-002, Sao Paulo/SP, Brazil

### List of all Parties to Litigation Pending in the U.S. in Which the Debtor is a Party

8. To the best of my knowledge, as the date of this statement, there is no litigation pending the United States in which the Debtor is a party.

### List of all Entities Against Whom Provisional Relief is Sought

9. There are no entities against whom provisional relief, pursuant to 11 U.S.C. § 1519, is being south at this time.

### 28 U.S.C. § 1746 VERIFICATION

10. I have read the foregoing Statement of Foreign Representation, and I verify under penalty of perjury under the laws of the United States of America that the facts and matters alleged and contained therein are true and correct.

Executed this 12 day of May, 2025, in São Paulo, Brazil

By: _____
Osana Maria da Rocha Mendonça